**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANDREA BIZZOCCHI, derivatively on behalf of MODERNA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STÉPHANE BANCEL, JAMES M. MOCK, STEPHEN HOGE, NOUBAR AFEYAN, STEPHEN BERENSON, SANDRA HORNING, ROBERT LANGER, ELIZABETH NABEL, FRANÇOIS NADER, PAUL SAGAN, and ELIZABETH TALLETT,<br><br>　　　　　　　Defendants,<br><br>　　and<br><br>MODERNA, INC.,<br><br>　　　　　　　Nominal Defendant. | Case No.:<br><br><br>**Jury Trial Demanded** |

**VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT**

## INTRODUCTION

Plaintiff Andrea Bizzocchi ("Plaintiff"), by and through his counsel, derivatively on behalf of Nominal Defendant Moderna, Inc. ("Moderna" or the "Company"), submits this Verified Stockholder Derivative Complaint against Defendants, as defined below, and alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge.  Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which included, *inter alia*, review and analysis of:  (i) regulatory filings made by Moderna with the United States Securities and Exchange Commission ("SEC"); (ii) press releases issued and disseminated by Moderna; (iii) pleadings, papers, and any documents filed with and publicly available from a securities class action against certain officers and members of the Company's Board of Directors (the "Board") alleging issuance of false and misleading statements of material fact and the omission of material facts necessary to make other statements made not misleading, between January 18, 2023 and June 25, 2024 (the "Relevant Period") with respect to Moderna's business, operations, and prospects; and (iv) other publicly available information concerning Moderna.

## NATURE OF THE ACTION

1.      This is a stockholder derivative action asserted on behalf of Nominal Defendant Moderna against certain officers and the members of the Company's Board for the claims asserted herein to recover damages caused to the Company.

2.      During the Relevant Period, the Individual Defendants (defined herein) misrepresented the efficacy of Moderna's mRNA vaccine mRNA-1345 with the tradename mRESVIA, designed to protect older adults from respiratory syncytial virus ("RSV"), thereby breaching their fiduciary duties to the Company.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

3.      The controversy began on January 17, 2023, when Moderna announced promising Phase 3 trial results for mRESVIA, claiming 83.7% efficacy against RSV-associated lower respiratory tract disease.  This claim was reiterated during the Biologics License Application ("BLA") submission to the U.S. Food and Drug Administration ("FDA") in July 2023.

4.      However, on May 31, 2024, Moderna revealed a lower efficacy rate of 78.7% upon FDA approval.  This disclosure caused a 5.9% drop in Moderna's stock price.

5.      The situation deteriorated further on June 26, 2024, during a presentation to the Center for Disease Control's ("CDC") Advisory Committee on Immunization Practices ("ACIP"). Moderna disclosed that after 18 months, mRESVIA's efficacy had declined to just 49.9% to 50.3%—significantly lower than competing vaccines.  This revelation triggered an 11.01% plunge in Moderna's stock price.

6.      Throughout the Relevant Period, the Individual Defendants breached their fiduciary duties.  First, the Individual Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Individual Defendants failed to inform investors that mRESVIA was less effective than the Company had repeatedly represented to investors and because of this the clinical and/or commercial prospects for mRNA-1345 were overstated.

7.      Second, the Individual Defendants caused Moderna to repurchase its stock at inflated prices, resulting in the Company overpaying more than $166.3 million for its stock repurchases.

8.      Third, certain Individual Defendants sold Company stock at inflated prices in possession of material nonpublic information.

9.     As a direct and proximate result of the misconduct described herein by the Individual Defendants, Moderna has sustained significant damages as explained below.

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. § 78j(b), 15 U.S.C. § 78u-4(f)) and SEC Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5), as well as Section 14(a) of the Exchange Act (15 U.S.C. § 78n(a)(1)) and SEC Rule 14a-9 promulgated thereunder (17 C.F.R. § 240-.14a-9). The Court has supplemental jurisdiction over the pendent state law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy.  This action is not a collusive one designed to confer jurisdiction on a court of the United States that it would not otherwise have.

11.     This Court has jurisdiction over each defendant because they reside in this District or have sufficient minimum contacts with this District to render the exercise of jurisdiction by the Court permissible under traditional notions of fair play and substantial justice.  The Court has personal jurisdiction over Nominal Defendant Moderna because it is authorized to do business in this state and has consented to service in this state.

12.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial portion of the transactions and wrongs complained of herein, including the Individual Defendants' primary participation in the wrongful acts detailed herein and violation of fiduciary duties owed to Moderna.  Venue is also proper pursuant to 28 U.S.C. § 1401 because Nominal Defendant Moderna could have sued the same Individual Defendants in this District.

**PARTIES**

13.     Plaintiff is a Moderna stockholder and has continuously held Moderna stock from the time of the wrongdoing alleged herein until the present.  Plaintiff will fairly and adequately represent Moderna's interest in this action.

14.     Nominal Defendant Moderna is incorporated under the laws of Delaware, and its principal executive offices are located at 325 Binney Street, Cambridge, Massachusetts 02142. Moderna's common stock trades on the Nasdaq exchange under the symbol "MRNA."

15.     Defendant Stéphane Bancel ("Bancel") has served as a member of the Board since March 2011 and as Chief Executive Officer ("CEO") since October 2011.   Between January 18, 2023 and February 16, 2024, Bancel sold 1,893,506 shares of Moderna stock for proceeds of over $276 million as shown by the following chart:

| Date of Transaction | Number of Shares Sold | Price[1] | Proceeds |
|---|---|---|---|
| 1/18/2023 | 9,821 | $ 195.31 | $ 1,918,139.51 |
| 1/18/2023 | 5,948 | $ 196.84 | $ 1,170,804.32 |
| 1/18/2023 | 15,554 | $ 197.58 | $ 3,073,159.32 |
| 1/18/2023 | 851 | $ 198.46 | $ 168,889.46 |
| 1/18/2023 | 1,475 | $ 199.94 | $ 294,911.50 |
| 1/18/2023 | 1,501 | $ 200.82 | $ 301,430.82 |
| 1/18/2023 | 900 | $ 202.20 | $ 181,980.00 |
| 1/18/2023 | 1,020 | $ 203.06 | $ 207,121.20 |
| 1/18/2023 | 300 | $ 204.13 | $ 61,239.00 |
| 1/18/2023 | 1,758 | $ 205.20 | $ 360,741.60 |
| 1/18/2023 | 872 | $ 206.50 | $ 180,068.00 |
| 1/19/2023 | 9,341 | $ 191.16 | $ 1,785,625.56 |
| 1/19/2023 | 18,438 | $ 191.88 | $ 3,537,883.44 |
| 1/19/2023 | 9,517 | $ 192.84 | $ 1,835,258.28 |
| 1/19/2023 | 2,704 | $ 193.61 | $ 523,521.44 |
| 1/25/2023 | 6,790 | $ 190.65 | $ 1,294,513.50 |
| 1/25/2023 | 6,260 | $ 191.51 | $ 1,198,852.60 |

---

[1]  The entries in this column generally show the weighted average price.  The last entry in this column is rounded to the nearest cent, but the exact price amount was used in calculating the proceeds.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[1] | Proceeds |
|---|---|---|---|
| 1/25/2023 | 19,850 | $ 192.32 | $ 3,817,552.00 |
| 1/25/2023 | 7,100 | $ 193.39 | $ 1,373,069.00 |
| 1/26/2023 | 4,295 | $ 188.09 | $ 807,846.55 |
| 1/26/2023 | 3,835 | $ 189.21 | $ 725,620.35 |
| 1/26/2023 | 8,823 | $ 190.27 | $ 1,678,752.21 |
| 1/26/2023 | 15,847 | $ 191.08 | $ 3,028,044.76 |
| 1/26/2023 | 3,289 | $ 192.16 | $ 632,014.24 |
| 1/26/2023 | 3,911 | $ 192.92 | $ 754,510.12 |
| 2/1/2023 | 5,848 | $ 167.97 | $ 982,288.56 |
| 2/1/2023 | 16,742 | $ 168.75 | $ 2,825,212.50 |
| 2/1/2023 | 6,024 | $ 169.85 | $ 1,023,176.40 |
| 2/1/2023 | 1,629 | $ 170.67 | $ 278,021.43 |
| 2/1/2023 | 600 | $ 171.89 | $ 103,134.00 |
| 2/1/2023 | 1,957 | $ 173.03 | $ 338,619.71 |
| 2/1/2023 | 2,503 | $ 174.21 | $ 436,047.63 |
| 2/1/2023 | 4,697 | $ 174.82 | $ 821,129.54 |
| 2/2/2023 | 2,001 | $ 171.11 | $ 342,391.11 |
| 2/2/2023 | 1,589 | $ 172.04 | $ 273,371.56 |
| 2/2/2023 | 8,908 | $ 173.19 | $ 1,542,776.52 |
| 2/2/2023 | 10,263 | $ 174.25 | $ 1,788,327.75 |
| 2/2/2023 | 15,790 | $ 175.03 | $ 2,763,723.70 |
| 2/2/2023 | 1,449 | $ 175.79 | $ 254,719.71 |
| 2/8/2023 | 9,589 | $ 164.65 | $ 1,578,828.85 |
| 2/8/2023 | 19,648 | $ 165.77 | $ 3,257,048.96 |
| 2/8/2023 | 4,543 | $ 166.51 | $ 756,454.93 |
| 2/8/2023 | 2,772 | $ 168.01 | $ 465,723.72 |
| 2/8/2023 | 2,848 | $ 168.64 | $ 480,286.72 |
| 2/8/2023 | 600 | $ 169.40 | $ 101,640.00 |
| 2/9/2023 | 24,628 | $ 165.04 | $ 4,064,605.12 |
| 2/9/2023 | 11,272 | $ 165.93 | $ 1,870,362.96 |
| 2/9/2023 | 1,600 | $ 166.86 | $ 266,976.00 |
| 2/9/2023 | 2,100 | $ 168.26 | $ 353,346.00 |
| 2/9/2023 | 400 | $ 169.01 | $ 67,604.00 |
| 2/15/2023 | 10,327 | $ 173.68 | $ 1,793,593.36 |
| 2/15/2023 | 13,375 | $ 174.77 | $ 2,337,548.75 |
| 2/15/2023 | 14,812 | $ 175.85 | $ 2,604,690.20 |
| 2/15/2023 | 1,486 | $ 176.73 | $ 262,620.78 |
| 2/16/2023 | 8,952 | $ 172.14 | $ 1,540,997.28 |
| 2/16/2023 | 28,331 | $ 173.30 | $ 4,909,762.30 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[1] | Proceeds |
|---|---|---|---|
| 2/16/2023 | 2,717 | $ 173.79 | $ 472,187.43 |
| 2/22/2023 | 10,472 | $ 157.87 | $ 1,653,214.64 |
| 2/22/2023 | 20,303 | $ 158.53 | $ 3,218,634.59 |
| 2/22/2023 | 8,725 | $ 159.59 | $ 1,392,422.75 |
| 2/22/2023 | 500 | $ 160.28 | $ 80,140.00 |
| 2/23/2023 | 7,314 | $ 144.45 | $ 1,056,507.30 |
| 2/23/2023 | 7,486 | $ 145.25 | $ 1,087,341.50 |
| 2/23/2023 | 12,890 | $ 146.75 | $ 1,891,607.50 |
| 2/23/2023 | 8,256 | $ 147.43 | $ 1,217,182.08 |
| 2/23/2023 | 3,754 | $ 148.27 | $ 566,605.58 |
| 2/23/2023 | 300 | $ 149.86 | $ 44,958.00 |
| 3/1/2023 | 11,319 | $ 134.34 | $ 1,520,594.46 |
| 3/1/2023 | 21,938 | $ 135.26 | $ 2,967,333.88 |
| 3/1/2023 | 5,593 | $ 136.17 | $ 761,598.81 |
| 3/1/2023 | 1,150 | $ 137.03 | $ 157,584.50 |
| 3/2/2023 | 8,700 | $ 136.44 | $ 1,187,028.00 |
| 3/2/2023 | 17,541 | $ 137.42 | $ 2,410,484.22 |
| 3/2/2023 | 13,659 | $ 138.27 | $ 1,888,629.93 |
| 3/2/2023 | 100 | $ 139.03 | $ 13,903.00 |
| 3/8/2023 | 26,018 | $ 141.18 | $ 3,673,221.24 |
| 3/8/2023 | 13,982 | $ 141.76 | $ 1,982,088.32 |
| 3/9/2023 | 11,461 | $ 137.25 | $ 1,573,022.25 |
| 3/9/2023 | 7,739 | $ 137.97 | $ 1,067,749.83 |
| 3/9/2023 | 3,896 | $ 139.24 | $ 542,479.04 |
| 3/9/2023 | 5,563 | $ 140.23 | $ 780,099.49 |
| 3/9/2023 | 9,232 | $ 141.30 | $ 1,304,481.60 |
| 3/9/2023 | 2,109 | $ 142.26 | $ 300,026.34 |
| 3/15/2023 | 15,472 | $ 148.33 | $ 2,294,961.76 |
| 3/15/2023 | 22,481 | $ 149.03 | $ 3,350,343.43 |
| 3/15/2023 | 1,847 | $ 150.00 | $ 277,050.00 |
| 3/15/2023 | 200 | $ 150.72 | $ 30,144.00 |
| 3/16/2023 | 4,200 | $ 148.63 | $ 624,246.00 |
| 3/16/2023 | 7,500 | $ 149.81 | $ 1,123,575.00 |
| 3/16/2023 | 7,600 | $ 150.39 | $ 1,142,964.00 |
| 3/16/2023 | 17,032 | $ 151.75 | $ 2,584,606.00 |
| 3/16/2023 | 3,668 | $ 152.49 | $ 559,333.32 |
| 3/22/2023 | 3,879 | $ 149.13 | $ 578,475.27 |
| 3/22/2023 | 18,321 | $ 149.84 | $ 2,745,218.64 |
| 3/22/2023 | 14,962 | $ 150.76 | $ 2,255,671.12 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[1] | Proceeds |
|---|---|---|---|
| 3/22/2023 | 2,838 | $ 151.67 | $ 430,439.46 |
| 3/23/2023 | 6,138 | $ 147.71 | $ 906,643.98 |
| 3/23/2023 | 18,458 | $ 148.62 | $ 2,743,227.96 |
| 3/23/2023 | 5,906 | $ 149.61 | $ 883,596.66 |
| 3/23/2023 | 7,243 | $ 150.66 | $ 1,091,230.38 |
| 3/23/2023 | 996 | $ 151.53 | $ 150,923.88 |
| 3/23/2023 | 1,259 | $ 152.55 | $ 192,060.45 |
| 3/29/2023 | 31,349 | $ 148.21 | $ 4,646,235.29 |
| 3/29/2023 | 8,300 | $ 148.83 | $ 1,235,289.00 |
| 3/29/2023 | 351 | $ 149.72 | $ 52,551.72 |
| 3/30/2023 | 13,900 | $ 147.13 | $ 2,045,107.00 |
| 3/30/2023 | 2,979 | $ 148.24 | $ 441,606.96 |
| 3/30/2023 | 15,965 | $ 149.39 | $ 2,385,011.35 |
| 3/30/2023 | 7,156 | $ 149.99 | $ 1,073,328.44 |
| 4/5/2023 | 6,666 | $ 152.74 | $ 1,018,164.84 |
| 4/5/2023 | 2,934 | $ 153.66 | $ 450,838.44 |
| 4/5/2023 | 22,533 | $ 155.01 | $ 3,492,840.33 |
| 4/5/2023 | 7,754 | $ 155.54 | $ 1,206,057.16 |
| 4/5/2023 | 113 | $ 156.50 | $ 17,684.50 |
| 4/6/2023 | 2,739 | $ 154.79 | $ 423,969.81 |
| 4/6/2023 | 7,602 | $ 155.58 | $ 1,182,719.16 |
| 4/6/2023 | 1,200 | $ 157.00 | $ 188,400.00 |
| 4/6/2023 | 25,343 | $ 158.19 | $ 4,009,009.17 |
| 4/6/2023 | 3,116 | $ 158.81 | $ 494,851.96 |
| 4/12/2023 | 12,634 | $ 155.67 | $ 1,966,734.78 |
| 4/12/2023 | 16,650 | $ 156.69 | $ 2,608,888.50 |
| 4/12/2023 | 8,334 | $ 157.67 | $ 1,314,021.78 |
| 4/12/2023 | 2,382 | $ 158.56 | $ 377,689.92 |
| 4/13/2023 | 30,456 | $ 160.63 | $ 4,892,147.28 |
| 4/13/2023 | 9,444 | $ 161.16 | $ 1,521,995.04 |
| 4/13/2023 | 100 | $ 161.98 | $ 16,198.00 |
| 4/19/2023 | 11,900 | $ 141.94 | $ 1,689,086.00 |
| 4/19/2023 | 14,038 | $ 142.95 | $ 2,006,732.10 |
| 4/19/2023 | 14,062 | $ 143.61 | $ 2,019,443.82 |
| 4/20/2023 | 6,752 | $ 141.35 | $ 954,395.20 |
| 4/20/2023 | 8,780 | $ 142.24 | $ 1,248,867.20 |
| 4/20/2023 | 16,495 | $ 143.53 | $ 2,367,527.35 |
| 4/20/2023 | 7,973 | $ 144.08 | $ 1,148,749.84 |
| 4/26/2023 | 7,600 | $ 130.27 | $ 990,052.00 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[1] | Proceeds |
|---|---|---|---|
| 4/26/2023 | 16,898 | $ 131.10 | $ 2,215,327.80 |
| 4/26/2023 | 9,002 | $ 132.55 | $ 1,193,215.10 |
| 4/26/2023 | 6,500 | $ 133.93 | $ 870,545.00 |
| 4/27/2023 | 29,600 | $ 130.41 | $ 3,860,136.00 |
| 4/27/2023 | 9,900 | $ 131.16 | $ 1,298,484.00 |
| 4/27/2023 | 500 | $ 131.90 | $ 65,950.00 |
| 5/3/2023 | 13,570 | $ 130.60 | $ 1,772,242.00 |
| 5/3/2023 | 21,854 | $ 131.54 | $ 2,874,675.16 |
| 5/3/2023 | 4,576 | $ 132.12 | $ 604,581.12 |
| 5/4/2023 | 600 | $ 132.98 | $ 79,788.00 |
| 5/4/2023 | 2,846 | $ 134.32 | $ 382,274.72 |
| 5/4/2023 | 13,468 | $ 135.06 | $ 1,818,988.08 |
| 5/4/2023 | 16,552 | $ 136.01 | $ 2,251,237.52 |
| 5/4/2023 | 5,427 | $ 136.97 | $ 743,336.19 |
| 5/4/2023 | 1,107 | $ 137.76 | $ 152,500.32 |
| 5/10/2023 | 16,954 | $ 131.08 | $ 2,222,330.32 |
| 5/10/2023 | 21,247 | $ 131.89 | $ 2,802,266.83 |
| 5/10/2023 | 1,499 | $ 132.97 | $ 199,322.03 |
| 5/10/2023 | 300 | $ 133.71 | $ 40,113.00 |
| 5/11/2023 | 35,330 | $ 127.17 | $ 4,492,916.10 |
| 5/11/2023 | 4,470 | $ 127.92 | $ 571,802.40 |
| 5/11/2023 | 200 | $ 128.84 | $ 25,768.00 |
| 5/17/2023 | 2,333 | $ 123.22 | $ 287,472.26 |
| 5/17/2023 | 9,350 | $ 124.24 | $ 1,161,644.00 |
| 5/17/2023 | 11,547 | $ 125.34 | $ 1,447,300.98 |
| 5/17/2023 | 16,248 | $ 126.17 | $ 2,050,010.16 |
| 5/17/2023 | 522 | $ 126.86 | $ 66,220.92 |
| 5/18/2023 | 28,476 | $ 123.53 | $ 3,517,640.28 |
| 5/18/2023 | 10,653 | $ 124.31 | $ 1,324,274.43 |
| 5/18/2023 | 871 | $ 125.24 | $ 109,084.04 |
| 5/24/2023 | 28,144 | $ 131.13 | $ 3,690,522.72 |
| 5/24/2023 | 9,820 | $ 131.98 | $ 1,296,043.60 |
| 5/24/2023 | 2,036 | $ 132.93 | $ 270,645.48 |
| 5/25/2023 | 10,367 | $ 126.32 | $ 1,309,559.44 |
| 5/25/2023 | 20,641 | $ 127.45 | $ 2,630,695.45 |
| 5/25/2023 | 8,654 | $ 128.33 | $ 1,110,567.82 |
| 5/25/2023 | 338 | $ 128.99 | $ 43,598.62 |
| 5/31/2023 | 9,478 | $ 125.38 | $ 1,188,351.64 |
| 5/31/2023 | 14,636 | $ 126.71 | $ 1,854,527.56 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[1] | Proceeds |
|---|---|---|---|
| 5/31/2023 | 11,036 | $ 127.84 | $ 1,410,842.24 |
| 5/31/2023 | 4,850 | $ 128.42 | $ 622,837.00 |
| 6/1/2023 | 1,410 | $ 125.96 | $ 177,603.60 |
| 6/1/2023 | 8,611 | $ 127.53 | $ 1,098,160.83 |
| 6/1/2023 | 29,979 | $ 128.18 | $ 3,842,708.22 |
| 6/7/2023 | 35,872 | $ 125.73 | $ 4,510,186.56 |
| 6/7/2023 | 4,128 | $ 126.51 | $ 522,233.28 |
| 6/8/2023 | 22,215 | $ 123.58 | $ 2,745,329.70 |
| 6/8/2023 | 17,396 | $ 124.53 | $ 2,166,323.88 |
| 6/8/2023 | 389 | $ 125.22 | $ 48,710.58 |
| 6/14/2023 | 10,642 | $ 125.32 | $ 1,333,655.44 |
| 6/14/2023 | 20,848 | $ 126.10 | $ 2,628,932.80 |
| 6/14/2023 | 8,510 | $ 127.25 | $ 1,082,897.50 |
| 6/15/2023 | 4,788 | $ 125.61 | $ 601,420.68 |
| 6/15/2023 | 5,377 | $ 127.01 | $ 682,932.77 |
| 6/15/2023 | 8,443 | $ 127.99 | $ 1,080,619.57 |
| 6/15/2023 | 7,115 | $ 129.12 | $ 918,688.80 |
| 6/15/2023 | 14,277 | $ 129.77 | $ 1,852,726.29 |
| 6/21/2023 | 20,711 | $ 121.77 | $ 2,521,978.47 |
| 6/21/2023 | 19,289 | $ 122.21 | $ 2,357,308.69 |
| 6/22/2023 | 24,829 | $ 119.13 | $ 2,957,878.77 |
| 6/22/2023 | 15,171 | $ 119.87 | $ 1,818,547.77 |
| 6/28/2023 | 2,278 | $ 120.39 | $ 274,248.42 |
| 6/28/2023 | 11,417 | $ 121.40 | $ 1,386,023.80 |
| 6/28/2023 | 13,094 | $ 122.01 | $ 1,597,598.94 |
| 6/28/2023 | 366 | $ 123.05 | $ 45,036.30 |
| 2/16/2024 | 26,351 | $ 88.88 | $ 2,342,097.96 |
| **Total** | **1,893,506** | | **$ 276,172,098.31** |

16.     Defendant James M. Mock ("Mock") has served as a Chief Financial Officer ("CFO") since September 2022.  Between October 6, 2023 and June 3, 2024, Mock sold 6,504 shares of Moderna stock for proceeds of over $739 thousand as shown by the following chart:

| Date of Transaction | Number of Shares Sold | Price[2] | Proceeds |
|---|---|---|---|
| 10/6/2023 | 2,858 | $ 102.50 | $ 292,952.72 |
| 1/8/2024 | 772 | $ 109.75 | $ 84,730.55 |
| 2/29/2024 | 647 | $ 94.57 | $ 61,188.08 |
| 4/8/2024 | 705 | $ 101.93 | $ 71,859.31 |
| 5/28/2024 | 648 | $ 162.47 | $ 105,282.89 |
| 5/29/2024 | 183 | $ 144.50 | $ 26,444.36 |
| 6/3/2024 | 691 | $ 140.72 | $ 97,237.38 |
| **Total** | **6,504** | | **$ 739,695.30** |

17.    Defendant Stephen Hoge ("Hoge") has served as the Company's President since 2015.  Between February 10, 2023 and June 17, 2024, Hoge sold 217,122 shares of Moderna stock for proceeds of over $23 million as shown by the following chart:

| Date of Transaction | Number of Shares Sold | Price[3] | Proceeds |
|---|---|---|---|
| 2/10/2023 | 245 | $ 163.90 | $ 40,155.97 |
| 3/1/2023 | 1,072 | $ 138.03 | $ 147,963.23 |
| 3/2/2023 | 1,177 | $ 136.43 | $ 160,582.70 |
| 5/10/2023 | 250 | $ 133.37 | $ 33,343.58 |
| 5/30/2023 | 1,181 | $ 124.95 | $ 147,568.78 |
| 6/2/2023 | 309 | $ 130.32 | $ 40,269.87 |
| 6/15/2023 | 15,000 | $ 125.93 | $ 1,888,950.00 |
| 7/17/2023 | 15,000 | $ 120.60 | $ 1,809,000.00 |
| 8/10/2023 | 247 | $ 102.53 | $ 25,325.26 |
| 8/17/2023 | 15,000 | $ 100.00 | $ 1,500,000.00 |
| 8/29/2023 | 1,135 | $ 115.01 | $ 130,541.57 |
| 9/5/2023 | 320 | $ 111.44 | $ 35,659.52 |
| 9/15/2023 | 15,000 | $ 112.99 | $ 1,694,850.00 |
| 11/10/2023 | 263 | $ 68.76 | $ 18,083.88 |
| 11/29/2023 | 1,136 | $ 79.81 | $ 90,665.52 |
| 12/4/2023 | 309 | $ 79.31 | $ 24,507.84 |
| 12/27/2023 | 45,000 | $ 100.01 | $ 4,500,450.00 |
| 1/16/2024 | 15,000 | $ 103.90 | $ 1,558,500.00 |
| 2/12/2024 | 304 | $ 86.23 | $ 26,213.68 |

---

[2]  This column is rounded to the nearest cent.  However, the exact price amounts were used in calculating the proceeds.

[3]  This column is rounded to the nearest cent.  However, the exact price amounts were used in calculating the proceeds.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[3] | Proceeds |
|---|---|---|---|
| 2/16/2024 | 10,542 | $ 88.88 | $ 936,981.39 |
| 2/22/2024 | 15,000 | $ 100.00 | $ 1,500,000.00 |
| 2/29/2024 | 2,388 | $ 94.57 | $ 225,837.94 |
| 3/4/2024 | 309 | $ 94.34 | $ 29,150.53 |
| 3/15/2024 | 15,000 | $ 103.17 | $ 1,547,550.00 |
| 4/15/2024 | 15,000 | $ 105.02 | $ 1,575,300.00 |
| 5/10/2024 | 255 | $ 120.96 | $ 30,844.11 |
| 5/15/2024 | 15,000 | $ 127.49 | $ 1,912,350.00 |
| 5/29/2024 | 341 | $ 144.50 | $ 49,276.10 |
| 6/3/2024 | 339 | $ 140.72 | $ 47,704.01 |
| 6/17/2024 | 15,000 | $ 138.16 | $ 2,072,400.00 |
| **Total** | **217,122** | | **$ 23,800,025.48** |

18.    Defendant Noubar Afeyan ("Afeyan") is a co-Founder of the Company.  He has served as a member of the Board since 2010, serving as its Chair since 2012.  Between January 18, 2023 and June 18, 2024, Afeyan sold 797,832 shares of Moderna stock for proceeds of over $103 million as shown by the following chart:

| Date of Transaction | Number of Shares Sold | Price[4] | Proceeds |
|---|---|---|---|
| 1/18/2023 | 10,000 | $ 200.20 | $ 2,002,000.00 |
| 1/25/2023 | 10,000 | $ 194.33 | $ 1,943,300.00 |
| 2/8/2023 | 2,900 | $ 164.60 | $ 477,327.24 |
| 2/8/2023 | 3,700 | $ 165.83 | $ 613,576.92 |
| 2/8/2023 | 300 | $ 166.59 | $ 49,977.00 |
| 2/8/2023 | 2,100 | $ 168.27 | $ 353,364.06 |
| 2/8/2023 | 11,000 | $ 169.32 | $ 1,862,515.60 |
| 2/15/2023 | 10,000 | $ 173.17 | $ 1,731,700.00 |
| 2/22/2023 | 10,000 | $ 160.35 | $ 1,603,500.00 |
| 3/1/2023 | 10,000 | $ 139.00 | $ 1,390,000.00 |
| 5/31/2023 | 2,949 | $ 125.69 | $ 370,666.00 |
| 5/31/2023 | 3,373 | $ 126.72 | $ 427,440.39 |
| 5/31/2023 | 5,637 | $ 127.84 | $ 720,629.01 |
| 5/31/2023 | 2,441 | $ 128.55 | $ 313,779.81 |

---

[4] This column is rounded to the nearest cent.  However, the exact price amounts were used in calculating the proceeds.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[4] | Proceeds |
|---|---|---|---|
| 5/31/2023 | 600 | $ 129.68 | $ 77,806.98 |
| 6/7/2023 | 12,298 | $ 125.76 | $ 1,546,547.29 |
| 6/7/2023 | 2,702 | $ 126.59 | $ 342,054.02 |
| 6/14/2023 | 5,471 | $ 125.43 | $ 686,228.62 |
| 6/14/2023 | 5,997 | $ 126.17 | $ 756,658.28 |
| 6/14/2023 | 3,002 | $ 127.19 | $ 381,822.88 |
| 6/14/2023 | 530 | $ 128.15 | $ 67,917.59 |
| 6/21/2023 | 7,810 | $ 121.60 | $ 949,661.64 |
| 6/21/2023 | 6,790 | $ 122.26 | $ 830,175.28 |
| 6/21/2023 | 400 | $ 123.48 | $ 49,390.00 |
| 6/28/2023 | 1,700 | $ 119.84 | $ 203,723.07 |
| 6/28/2023 | 3,131 | $ 120.77 | $ 378,122.73 |
| 6/28/2023 | 8,073 | $ 121.87 | $ 983,873.46 |
| 6/28/2023 | 2,096 | $ 122.83 | $ 257,441.20 |
| 7/5/2023 | 3,533 | $ 123.46 | $ 436,168.63 |
| 7/5/2023 | 6,097 | $ 124.17 | $ 757,085.83 |
| 7/5/2023 | 2,639 | $ 125.15 | $ 330,257.66 |
| 7/5/2023 | 1,012 | $ 126.54 | $ 128,054.84 |
| 7/5/2023 | 1,549 | $ 127.55 | $ 197,577.12 |
| 7/5/2023 | 170 | $ 128.17 | $ 21,789.10 |
| 7/12/2023 | 1,990 | $ 124.59 | $ 247,942.26 |
| 7/12/2023 | 5,865 | $ 125.61 | $ 736,678.02 |
| 7/12/2023 | 6,845 | $ 126.27 | $ 864,316.10 |
| 7/12/2023 | 300 | $ 127.15 | $ 38,145.00 |
| 7/19/2023 | 847 | $ 124.14 | $ 105,147.34 |
| 7/19/2023 | 9,004 | $ 125.26 | $ 1,127,819.43 |
| 7/19/2023 | 5,149 | $ 126.08 | $ 649,185.41 |
| 7/26/2023 | 2,400 | $ 119.61 | $ 287,052.96 |
| 7/26/2023 | 11,499 | $ 120.50 | $ 1,385,631.80 |
| 7/26/2023 | 1,101 | $ 121.29 | $ 133,544.36 |
| 8/2/2023 | 9,725 | $ 110.59 | $ 1,075,464.41 |
| 8/2/2023 | 4,175 | $ 111.46 | $ 465,348.84 |
| 8/2/2023 | 900 | $ 112.59 | $ 101,328.03 |
| 8/2/2023 | 200 | $ 113.68 | $ 22,735.00 |
| 8/16/2023 | 1,600 | $ 95.70 | $ 153,124.00 |
| 8/16/2023 | 2,900 | $ 96.44 | $ 279,672.23 |
| 8/16/2023 | 1,200 | $ 98.07 | $ 117,678.96 |
| 8/16/2023 | 4,000 | $ 98.82 | $ 395,288.80 |
| 8/16/2023 | 300 | $ 99.50 | $ 29,850.00 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[4] | Proceeds |
|---|---|---|---|
| 8/23/2023 | 311 | $ 112.61 | $ 35,022.21 |
| 8/23/2023 | 854 | $ 113.83 | $ 97,214.58 |
| 8/23/2023 | 3,657 | $ 115.16 | $ 421,124.76 |
| 8/23/2023 | 9,878 | $ 115.84 | $ 1,144,312.96 |
| 8/23/2023 | 300 | $ 116.46 | $ 34,938.00 |
| 8/30/2023 | 5,847 | $ 114.64 | $ 670,306.51 |
| 8/30/2023 | 4,717 | $ 115.43 | $ 544,460.20 |
| 8/30/2023 | 4,336 | $ 116.57 | $ 505,463.13 |
| 8/30/2023 | 100 | $ 117.21 | $ 11,721.00 |
| 9/6/2023 | 9,011 | $ 107.27 | $ 966,608.17 |
| 9/6/2023 | 5,689 | $ 108.07 | $ 614,811.37 |
| 9/6/2023 | 300 | $ 108.91 | $ 32,673.99 |
| 9/13/2023 | 4,281 | $ 108.21 | $ 463,229.46 |
| 9/13/2023 | 4,174 | $ 108.77 | $ 453,992.21 |
| 9/13/2023 | 1,400 | $ 110.26 | $ 154,363.02 |
| 9/13/2023 | 3,895 | $ 111.23 | $ 433,243.19 |
| 9/13/2023 | 900 | $ 112.17 | $ 100,956.96 |
| 9/13/2023 | 250 | $ 113.22 | $ 28,305.00 |
| 9/13/2023 | 100 | $ 114.32 | $ 11,432.00 |
| 9/20/2023 | 4,614 | $ 103.87 | $ 479,264.95 |
| 9/20/2023 | 9,380 | $ 105.06 | $ 985,421.53 |
| 9/20/2023 | 1,006 | $ 105.77 | $ 106,403.61 |
| 9/27/2023 | 5,204 | $ 98.46 | $ 512,367.11 |
| 9/27/2023 | 4,596 | $ 99.49 | $ 457,245.47 |
| 9/27/2023 | 200 | $ 100.17 | $ 20,033.00 |
| 10/4/2023 | 1,030 | $ 100.02 | $ 103,018.13 |
| 10/4/2023 | 1,800 | $ 100.94 | $ 181,690.02 |
| 10/4/2023 | 2,700 | $ 102.03 | $ 275,485.59 |
| 10/4/2023 | 5,604 | $ 103.22 | $ 578,445.44 |
| 10/4/2023 | 3,866 | $ 104.04 | $ 402,206.27 |
| 10/11/2023 | 8,700 | $ 102.88 | $ 895,054.26 |
| 10/11/2023 | 5,700 | $ 103.76 | $ 591,420.60 |
| 10/11/2023 | 500 | $ 104.82 | $ 52,408.00 |
| 10/11/2023 | 100 | $ 105.58 | $ 10,558.00 |
| 10/25/2023 | 6,500 | $ 76.73 | $ 498,733.95 |
| 10/25/2023 | 3,100 | $ 77.34 | $ 239,753.69 |
| 10/25/2023 | 400 | $ 78.42 | $ 31,366.00 |
| 11/1/2023 | 1,900 | $ 75.30 | $ 143,066.01 |
| 11/1/2023 | 8,100 | $ 76.17 | $ 616,965.66 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[4] | Proceeds |
|---|---|---|---|
| 3/13/2024 | 6,281 | $ 106.60 | $ 669,526.96 |
| 3/13/2024 | 2,300 | $ 107.66 | $ 247,616.85 |
| 3/13/2024 | 600 | $ 108.52 | $ 65,109.00 |
| 3/13/2024 | 412 | $ 109.50 | $ 45,113.01 |
| 3/13/2024 | 3,803 | $ 110.80 | $ 421,372.78 |
| 3/13/2024 | 1,404 | $ 111.69 | $ 156,805.88 |
| 3/13/2024 | 200 | $ 112.44 | $ 22,487.00 |
| 3/20/2024 | 2,113 | $ 101.05 | $ 213,514.42 |
| 3/20/2024 | 7,109 | $ 102.15 | $ 726,158.76 |
| 3/20/2024 | 5,778 | $ 103.18 | $ 596,146.88 |
| 3/27/2024 | 1,817 | $ 105.73 | $ 192,105.78 |
| 3/27/2024 | 1,100 | $ 106.71 | $ 117,376.27 |
| 3/27/2024 | 1,466 | $ 107.79 | $ 158,019.85 |
| 3/27/2024 | 3,100 | $ 109.09 | $ 338,175.59 |
| 3/27/2024 | 4,544 | $ 110.24 | $ 500,931.01 |
| 3/27/2024 | 2,973 | $ 110.75 | $ 329,255.59 |
| 4/3/2024 | 200 | $ 97.47 | $ 19,494.00 |
| 4/3/2024 | 1,499 | $ 99.40 | $ 149,000.00 |
| 4/3/2024 | 3,167 | $ 100.66 | $ 318,775.02 |
| 4/3/2024 | 3,832 | $ 101.33 | $ 388,288.90 |
| 4/3/2024 | 3,500 | $ 102.64 | $ 359,251.55 |
| 4/3/2024 | 2,702 | $ 103.64 | $ 280,043.66 |
| 4/3/2024 | 100 | $ 104.15 | $ 10,415.00 |
| 4/10/2024 | 6,351 | $ 106.59 | $ 676,981.67 |
| 4/10/2024 | 7,512 | $ 107.31 | $ 806,136.01 |
| 4/10/2024 | 748 | $ 108.56 | $ 81,205.20 |
| 4/10/2024 | 389 | $ 109.36 | $ 42,542.13 |
| 4/17/2024 | 8,243 | $ 103.10 | $ 849,839.29 |
| 4/17/2024 | 6,475 | $ 103.69 | $ 671,397.93 |
| 4/17/2024 | 282 | $ 104.49 | $ 29,466.07 |
| 4/24/2024 | 3,926 | $ 107.16 | $ 420,699.56 |
| 4/24/2024 | 5,821 | $ 108.30 | $ 630,388.11 |
| 4/24/2024 | 4,153 | $ 109.04 | $ 452,847.27 |
| 4/24/2024 | 1,100 | $ 109.91 | $ 120,901.00 |
| 5/1/2024 | 3,982 | $ 109.70 | $ 436,815.05 |
| 5/1/2024 | 4,572 | $ 110.42 | $ 504,859.90 |
| 5/1/2024 | 4,246 | $ 111.55 | $ 473,649.79 |
| 5/1/2024 | 1,500 | $ 112.77 | $ 169,150.95 |
| 5/1/2024 | 700 | $ 113.40 | $ 79,379.02 |

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Date of Transaction | Number of Shares Sold | Price[4] | Proceeds |
|---|---|---|---|
| 5/8/2024 | 2,000 | $ 120.37 | $ 240,741.00 |
| 5/8/2024 | 5,004 | $ 121.59 | $ 608,416.34 |
| 5/8/2024 | 7,996 | $ 122.07 | $ 976,062.92 |
| 5/15/2024 | 4,488 | $ 125.53 | $ 563,356.65 |
| 5/15/2024 | 2,001 | $ 126.62 | $ 253,368.22 |
| 5/15/2024 | 2,600 | $ 127.71 | $ 332,036.38 |
| 5/15/2024 | 5,711 | $ 128.75 | $ 735,271.83 |
| 5/15/2024 | 200 | $ 129.15 | $ 25,830.00 |
| 5/22/2024 | 100 | $ 142.95 | $ 14,295.00 |
| 5/22/2024 | 200 | $ 144.40 | $ 28,879.00 |
| 5/22/2024 | 100 | $ 145.03 | $ 14,503.00 |
| 5/22/2024 | 300 | $ 147.06 | $ 44,118.99 |
| 5/22/2024 | 600 | $ 148.21 | $ 88,924.02 |
| 5/22/2024 | 300 | $ 149.45 | $ 44,835.99 |
| 5/22/2024 | 400 | $ 150.60 | $ 60,238.00 |
| 5/22/2024 | 700 | $ 151.73 | $ 106,213.03 |
| 5/22/2024 | 800 | $ 152.92 | $ 122,336.00 |
| 5/22/2024 | 200 | $ 153.84 | $ 30,768.00 |
| 5/22/2024 | 600 | $ 155.66 | $ 93,396.00 |
| 5/22/2024 | 1,802 | $ 157.41 | $ 283,655.88 |
| 5/22/2024 | 1,923 | $ 158.25 | $ 304,320.33 |
| 5/22/2024 | 2,200 | $ 159.57 | $ 351,050.26 |
| 5/22/2024 | 825 | $ 160.24 | $ 132,194.29 |
| 5/22/2024 | 1,005 | $ 162.19 | $ 163,002.76 |
| 5/22/2024 | 2,223 | $ 163.02 | $ 362,401.46 |
| 5/22/2024 | 625 | $ 163.92 | $ 102,450.75 |
| 5/22/2024 | 97 | $ 164.67 | $ 15,972.99 |
| 5/29/2024 | 1,000 | $ 141.01 | $ 141,010.00 |
| 5/29/2024 | 3,013 | $ 141.73 | $ 427,017.43 |
| 5/29/2024 | 1,100 | $ 142.82 | $ 157,102.00 |
| 5/29/2024 | 1,500 | $ 143.94 | $ 215,913.00 |
| 5/29/2024 | 2,400 | $ 144.99 | $ 347,965.92 |
| 5/29/2024 | 5,581 | $ 146.02 | $ 814,936.50 |
| 5/29/2024 | 2,229 | $ 146.82 | $ 327,261.11 |
| 5/29/2024 | 3,177 | $ 148.06 | $ 470,378.68 |
| 6/5/2024 | 900 | $ 145.91 | $ 131,322.96 |
| 6/5/2024 | 700 | $ 147.78 | $ 103,442.78 |
| 6/5/2024 | 1,800 | $ 148.57 | $ 267,427.80 |
| 6/5/2024 | 300 | $ 149.35 | $ 44,805.00 |

| Date of Transaction | Number of Shares Sold | Price[4] | Proceeds |
|---|---|---|---|
| 6/5/2024 | 2,840 | $ 151.07 | $ 429,032.84 |
| 6/5/2024 | 3,902 | $ 151.76 | $ 592,172.20 |
| 6/5/2024 | 2,437 | $ 152.90 | $ 372,606.09 |
| 6/5/2024 | 400 | $ 153.71 | $ 61,484.00 |
| 6/5/2024 | 1,721 | $ 154.86 | $ 266,510.10 |
| 6/11/2024 | 163,649 | $ 148.29 | $ 24,268,230.27 |
| 6/11/2024 | 31,531 | $ 148.29 | $ 4,675,870.73 |
| 6/11/2024 | 6,420 | $ 149.40 | $ 959,172.40 |
| 6/11/2024 | 1,232 | $ 149.40 | $ 184,065.48 |
| 6/12/2024 | 700 | $ 142.97 | $ 100,078.72 |
| 6/12/2024 | 408 | $ 144.46 | $ 58,940.46 |
| 6/12/2024 | 1,263 | $ 145.57 | $ 183,860.97 |
| 6/12/2024 | 3,031 | $ 146.55 | $ 444,187.90 |
| 6/12/2024 | 6,397 | $ 147.55 | $ 943,876.07 |
| 6/12/2024 | 1,601 | $ 148.61 | $ 237,929.41 |
| 6/12/2024 | 1,400 | $ 149.39 | $ 209,149.78 |
| 6/12/2024 | 200 | $ 150.24 | $ 30,048.00 |
| 6/18/2024 | 1,700 | $ 132.22 | $ 224,781.65 |
| 6/18/2024 | 6,160 | $ 133.26 | $ 820,887.14 |
| 6/18/2024 | 6,840 | $ 134.09 | $ 917,197.49 |
| 6/18/2024 | 200 | $ 135.02 | $ 27,003.00 |
| 6/18/2024 | 100 | $ 136.92 | $ 13,692.00 |
| **Total** | **797,832** | | **$ 103,702,411.23** |

19.    Defendant Stephen Berenson ("Berenson") served as a member of the Board from 2017, until his resignation on August 5, 2024.  He also served as a member of the Audit Committee from at least 2020, and as a member of the Product Development Committee from 2023 until August 5, 2024.

20.    Defendant Sandra Horning ("Horning") has served as a member of the Board since 2020.  She has served as the Chair of the Product Development Committee since 2020, and as a member of the Science and Technology Committee ("S&T Committee") since 2022.

21.     Defendant Robert Langer ("Langer") served as a member of the Board from 2010 until his departure on August 5, 2024, and as member of the S&T Committee from 2022 to August 5, 2024.

22.     Defendant Elizabeth Nabel ("Nabel") served as a member of the Board from December 2015 to July 2020, and again from March 2021 to the present.  She has served as a member of the Product Development Committee since 2021, and as Chair of the S&T Committee since 2023.

23.     Defendant François Nader ("Nader") has served as a member of the Board since 2019.  He has also served as a member of the Product Development Committee since at least 2020, and as a member of the S&T Committee since 2022.

24.     Defendant Paul Sagan ("Sagan") has served as a member of the Board since 2018. He has served as a member of the Audit Committee since at least April 2020, serving as its Chair from April to December 2020.

25.     Defendant Elizabeth Tallett ("Tallett") has served as a member of the Board since 2020.  She has served as a member of the Audit Committee since 2020, serving as its Chair since January 2021.

26.     Relevant Non-Party Abbas Hussain ("Hussain") has served as a member of the Board since October 2, 2024.

27.     Relevant Non-Party David M. Rubenstein ("Rubenstein") has served as a member of the Board since August 5, 2024.

28.     The following defendants are hereinafter referred to as the "Individual Defendants":  Bancel, Mock, Hoge, Afeyan, Berenson, Horning, Langer, Nabel, Nader, Sagan, and Tallett.

29.     The following Individual Defendants are collectively referenced herein as the "Director Defendants":  Bancel, Afeyan, Horning, Nabel, Nader, Sagan, and Tallett.

30.     The following Individual Defendants are collectively referenced herein as the "Officer Defendants":  Bancel, Mock, and Hoge.

31.     The following Individual Defendants are collectively referenced herein as the "Insider Trading Defendants":  Afeyan, Bancel, Hoge, and Mock.

32.     The following Individual Defendants are collectively referenced herein as the "Audit Committee Defendants":  Sagan and Tallett.

33.     The following Individual Defendants are collectively referenced herein as the "Product Development Committee Defendants":  Horning, Nabel, and Nader.

34.     The following Individual Defendants are collectively referenced herein as the "S&T Committee Defendants":  Horning, Nabel, and Nader.

35.     The following Individual Defendants are collectively referenced herein as the "Securities Class Action Defendants":  Bancel, Mock, and Hoge.

36.     The Individual Defendants and Nominal Defendant are collectively referenced herein as "Defendants."

## THE INDIVIDUAL DEFENDANTS OWE FIDUCIARY DUTIES TO THE COMPANY AND ITS STOCKHOLDERS

37.     At all times relevant to this case, the conduct of the Individual Defendants was governed by well-recognized rules to protect the Company and its stockholders, the members of the public who had invested in Moderna.

38.     Because of their positions as officers and/or directors of the Company and their ability to control its business and corporate affairs, the Individual Defendants owed the Company and its stockholders the fiduciary obligations of good faith, loyalty, and candor and were and are

required to use their utmost ability to control and manage the Company in a fair, just, honest, and equitable manner.

39.     The Individual Defendants were and are required to act in furtherance of the best interests of the Company and its stockholders to benefit all stockholders equally and not in furtherance of their personal interest or benefit.

40.     Each of the Company's directors owes to the Company and its stockholders fiduciary duties of care and loyalty, including good faith, oversight, and candor, to exercise good faith and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets.

41.     Because of their positions of control and authority as directors and/or officers of the Company, the Individual Defendants were able to and did, directly and/or indirectly, exercise control over the wrongful acts alleged herein.

42.     To discharge their duties, the Individual Defendants were required to exercise reasonable and prudent supervision over the management, policies, practices, and controls of the Company.  By virtue of such duties, the officers and directors of Moderna were required to do the following:

- Ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the SEC and the investing public;

- Conduct the affairs of the Company in a lawful, efficient, and business-like manner to make it possible for the Company to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

- Properly and accurately inform investors and analysts as to the true financial condition of the Company at any given time, make accurate statements about the Company's financial results and prospects, and ensure that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

- Remain informed as to how the Company conducted its operations, and, upon notice of imprudent or unsound conditions or practices, make reasonable inquiry into the nature and cause of such conditions and practices, correct such conditions or practices, and make such disclosures as necessary to comply with federal and state securities laws; and

- Ensure that the Company was operated in a diligent, honest, and prudent manner in compliance with all applicable federal, state, and local laws, rules, and regulations.

43.    The Individual Defendants knowingly violated their obligations as directors and officers of the Company, acting without good faith and consciously disregarding their duties to the Company and its stockholders despite their knowledge of the risk of serious injury to the Company.

44.    Because of their positions of control and authority, the Individual Defendants were able to exercise control over the wrongful acts complained of herein, as well as the contents of the various public statements issued by Moderna.

45.    The Moderna Board has adopted Moderna's Code of Ethics and Business Conduct ("Code of Ethics") to deter wrongdoing, which imposes additional duties and responsibilities on the Individual Defendants.  Under the "We Protect Patients" section, the Code of Ethics states, in relevant part:

**We Advance Science Responsibly**

Nothing is more important to Moderna than the health and safety of those who receive our medicines.

We are proud to advance healthcare through our research and development. We maintain high ethical and scientific standards, ensuring that our products are considered safe and effective for the benefit of society.

*        *        *

**We Prioritize Patients and the Communities We Serve**

Patients and healthcare providers rely on our information, so we must act objectively, responsibly[,] and transparently when we interact with them. Every decision we make is in service of delivering on the promise of mRNA.

**How We Live Our Values**

Prioritizing patients and the communities we serve means we:

–   Ensure that our interactions with healthcare professionals (HCPs) always have the goal of advancing patient health and safety

–   Treat patient and research participant information with respect and protect confidentiality and patient privacy

–   Think systematically and prioritize the big picture to improve patient outcomes through mRNA

–   Always act in the best interest of patients we interact with, and direct them to their doctor or healthcare provider to discuss their health

*        *        *

**We Communicate Accurately**

We are honest and transparent in our communications. Sharing accurate scientific information is vital to improving health across the world. The integrity of our information assures regulators and patients that our products are not misrepresented.

**How We Live Our Values**

Sharing our knowledge responsibly means we:

–   Make sure the information we provide about our products and the diseases they treat or prevent is complete, accurate, fair, balanced[,] and based on scientific evidence

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

–   Only make statements on Moderna's behalf if we have the proper authorization
to do so

–   Act responsibly, transparently[,] and in accordance with country regulations
when posting anything online or on social media

–   Provide only Company-approved materials for their defined uses

46.     Under the "We Build Trust" section, the Code of Ethics states, in relevant part:

**We Act Legally and Ethically**

We do business the right way and make decisions ethically, and by doing this we
build trust in Moderna and maintain our reputation.

**How We Live Our Values**

Doing business the right way means we:

*        *        *

–   Don't buy or sell Moderna stock, or the stock of any company with which we
do business, when we have insider information relevant to the applicable
situation

–   Maintain all books, records[,] and accounts accurately

Doing the right thing means knowing your responsibilities and following all
applicable laws, including restrictions related to **insider information**, **competition
laws[,]** and **international trade laws**.

*        *        *

**We Conduct Our Business with Transparency**

We build trustworthy relationships with all stakeholders, including government
officials, policymakers, trade associations[,] or advocacy organizations, and we act
with clear intent.

We build trust by transparently sharing information to enable well-informed public
policy decisions and legislation that continues to promote innovation.

**How We Live Our Values**

Acting transparently means we:

– Provide full, fair, accurate, timely and clear information to stakeholders

47.    The Audit Committee Charter (the "Audit Charter") places additional duties and responsibilities upon the members of the Board's Audit Committee, which consisted of Berenson, Sagan, and Tallett during the Relevant Period.

48.    Pursuant to the Audit Charter, the overarching duties of the Audit Committee and its members include, in relevant part:[5]

**I. General Statement of Purpose**

The purposes of the Audit Committee (the "Audit Committee") of the Board of Directors (the "Board") of Moderna, Inc. (the "Company") are to:

- oversee the accounting and financial reporting processes of the Company and the audits of the Company's financial statements;

- take, or recommend that the Board take, appropriate action to oversee the qualifications, independence[,] and performance of the Company's independent auditors; and

- prepare the report required by the rules of the Securities and Exchange Commission (the "SEC") to be included in the Company's annual proxy statement.

*        *        *

**V. Responsibilities and Authority**

*        *        *

**D. Audited Financial Statements and Annual Audit**

- The Audit Committee shall review the overall audit plan (both external and internal (if any)) with the independent auditors, the internal auditors (if any)[,] and the members of management who are responsible for preparing the Company's financial statements, including the Company's [CFO] and/or principal accounting officer or principal financial officer (the [CFO] and such other officer or officers are referred to herein collectively as the "Senior Accounting Executive").

- The Audit Committee shall review and discuss with management (including the Company's Senior Accounting Executive) and with the independent auditors the Company's annual audited financial

---

[5]  Internal underlining removed from the block quote.

statements and related disclosures prior to the filing of the Company's Annual Report on Form 10-K, including (a) all critical accounting policies and practices used or to be used by the Company, (b) the Company's disclosures under "Management's Discussion and Analysis of Financial Condition and Results of Operations," and (c) any significant financial reporting issues that have arisen in connection with the preparation of such audited financial statements.

- The Audit Committee must review:

    (i)    any analyses prepared by management, the internal auditors (if any) and/or the independent auditors setting forth significant financial reporting issues and judgments made in connection with the preparation of the financial statements, including analyses of the effects of alternative GAAP methods on the financial statements. The Audit Committee may consider the ramifications of the use of such alternative disclosures and treatments on the financial statements, and the treatment preferred by the independent auditors. The Audit Committee may also consider other material written communications between the registered public accounting firm and management, such as any management letter or schedule of unadjusted differences;

    (ii)   major issues, if any, as to the adequacy of the Company's internal controls and any special audit steps adopted in light of material control deficiencies;

    (iii)  major issues, if any, regarding accounting principles and procedures and financial statement presentations, including any significant changes in the Company's selection or application of accounting principles; and

    (iv)   the effects of regulatory and accounting initiatives, as well as off-balance sheet transactions and structures, on the financial statements of the Company.

*      *      *

## H. Risk Assessment and Management

- The Audit Committee shall discuss the guidelines and policies that govern the process by which the Company's exposure to risk is assessed and managed by management.

- The Audit Committee shall exercise general oversight over the Company's information security and technology risks, including the

Company's information security and related risk management programs.

- In connection with the Audit Committee's discussion of the Company's risk assessment and management guidelines, the Audit Committee may discuss or consider the Company's major financial risk exposures and the steps that the Company's management has taken to monitor and control such exposures.

*        *        *

**VI. Additional Authority**

*        *        *

**C. Related Party Transactions and Conflicts of Interest**

- The Audit Committee shall conduct an appropriate review of all related party transactions for potential conflict of interest situations on an ongoing basis, and the approval of the Audit Committee shall be required for all such transactions.  The Audit Committee may establish such policies and procedures as it deems appropriate to facilitate such review.

49.    The Product Development Committee Charter (the "PD Charter") places additional duties and responsibilities upon the members of the Board's Product Development Committee, which consisted of Berenson, Horning, Nabel, and Nader during the Relevant Period.

50.    Pursuant to the PD Charter, the overarching duties of the Product Development Committee and its members include, in relevant part:[6]

**I. General Statement of Purpose**

The purpose of the Product Development Committee . . . is to exercise the responsibilities and duties set forth below including, but not limited to, reviewing and assessing the Company's strategy and investment in research and development ("R&D") programs, reviewing product development plans for the Company's pipeline, serving as resource to management for purposes of reviewing and providing feedback on development strategy and plans, and performing such other functions as may be deemed necessary or appropriate in carrying out the foregoing.

---

[6]  Internal underlining removed from the block quote.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

* * *

## IV. Responsibilities and Authority

The Product Development Committee's purpose and responsibilities shall be to:

* * *

### C. Oversight of R&D Strategy and Product Development Assets and Programs

- Review, evaluate[,] and advise the Board regarding:

  - the Company's R&D and product development strategy, assets[,] and pipeline and the progression of the Company's development programs, including target product profile, "go/no go" to next phase criteria, clinical trial design and adherence to project timelines;

  - the impact of a dynamic competitive landscape on the strategy and product development programs;

  - the allocation, deployment, utilization of[,] and investment in the Company's scientific assets;

  - the advancement of any program to investment in a pivotal trial;

  - investments in and development of the Company's technological development strategies;

  - the Company's regulatory efforts and strategy;

  - the risks associated with the Company's R&D and product development programs and regulatory matters and their management; and

  - the quality of operational capabilities, to include systems to monitor and control the quality and safety of the Company's products and product candidates at all stages of the product life cycle.

51.    The S&T Committee Charter (the "S&T Charter") places additional duties and responsibilities upon the members of the Board's S&T Committee, which consisted of Horning, Langer, Nabel, and Nader during the Relevant Period.

52.    Pursuant to the S&T Charter, the overarching duties of the S&T Committee and its members include, in relevant part:

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

## I. General Statement of Purpose

The purpose of the Science and Technology Committee . . . is to exercise the responsibilities and duties set forth below, including, but not limited to, advising the Board regarding the Company's platform development and technology and intellectual property strategies . . .

## IV. Responsibilities and Authority

The [S&T] Committee's purpose and responsibilities shall be to:

*       *       *

### C. Matters Related to Platform Development

- Review, evaluate[,] and advise the Board regarding:

    - advances in mRNA science, including those related to mRNA chemistry, sequence engineering[,] and targeting elements;

    - delivery science, including lipid nanoparticle ("LNP") technologies; and

    - manufacturing process science and related investments, including the Company's mRNA and LNP manufacturing processes.

- Identify and discuss significant emerging science and technology issues and trends relevant to the Company's mRNA platform.

- Review, evaluate[,] and advise the Board regarding potential new modalities and strategies to expand the utility of the Company's existing modalities.

## RELEVANT BACKGROUND

53.     Moderna is a biotechnology company headquartered in Cambridge, Massachusetts. Founded in 2010, the Company has positioned itself as "a leader in the creation of the field of mRNA medicines" with a mission of "reimagining how medicines are made and transforming how we treat and prevent disease for everyone."

54.     Moderna's business model focuses on developing mRNA-based therapeutics and vaccines for a wide range of applications, including infectious diseases, immuno-oncology, rare diseases, autoimmune disorders, and cardiovascular diseases.  The Company gained significant

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

public attention and market value during the COVID-19 pandemic when it became one of the first to develop and distribute an mRNA-based vaccine against SARS-CoV-2.

55.    Building on its success with the COVID-19 vaccine, Moderna has been actively expanding its pipeline of mRNA-based products.  One of these key pipeline products is mRESVIA an mRNA vaccine designed to protect adults aged 60 years and older from RSV-induced lower respiratory tract disease.

56.    RSV is a common respiratory virus that usually causes mild, cold-like symptoms. However, it can be serious, particularly for infants and older adults.  According to the CDC, RSV is estimated to cause approximately 177,000 hospitalizations and 14,000 deaths per year among adults aged 65 years or older in the United States.

57.    Recognizing the significant market potential for an effective RSV vaccine, Moderna began development of mRESVIA as part of its expanding vaccine portfolio.  The Company initiated clinical trials for mRESVIA, culminating in the ConquerRSV Phase 3 pivotal efficacy trial.

### THE INDIVIDUAL DEFENDANTS BREACH THEIR<br>DUTIES TO THE COMPANY AND ITS STOCKHOLDERS

58.    Through a series of communications, the Individual Defendants made materially false and misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, the Individual Defendants failed to disclose to investors that mRESVIA was less effective than the Company had repeatedly represented to investors and because of this the clinical and/or commercial prospects for mRNA-1345 were overstated.

59.    On January 17, 2023, Moderna issued a press release[7] announcing positive topline data from the ConquerRSV trial.  The Company reported that mRESVIA had met its primary efficacy endpoints, with a vaccine efficacy ("VE") of 83.7% (95.88% CI: 66.1%, 92.2%; p<0.0001) against RSV-associated lower respiratory tract disease ("RSV-LRTD") as defined by two or more symptoms.

60.    Based on these purportedly positive results, Moderna stated its intention to submit for regulatory approval in the first half of 2023.

61.    Specifically, the January 17, 2023 Press Release stated as follows:

Moderna [. . .] today announced positive topline data from its ConquerRSV Phase 3 pivotal efficacy trial of mRNA-1345, an investigational mRNA vaccine targeting respiratory syncytial virus (RSV) in older adults.  Following review by an independent Data and Safety Monitoring Board (DSMB), the primary efficacy endpoints have been met, including vaccine efficacy (VE) of 83.7% (95.88% CI: 66.1%, 92.2%; p<0.0001) against RSV-associated lower respiratory tract disease (RSV-LRTD) as defined by two or more symptoms.  Based on these results, Moderna intends to submit for regulatory approval in the first half of 2023.

62.    The Company's CEO, defendant Bancel, was also quoted in the January 17, 2023 Press Release, stating:

Today's results represent an important step forward in preventing lower respiratory disease due to RSV in adults 60 years of age and older.  These data are encouraging, and represent the second demonstration of positive phase 3 trial results from our mRNA infectious disease vaccine platform after, Spikevax, our COVID-19 vaccine.  We look forward to publishing the full data set and sharing the results at an upcoming infectious disease medical conference[. . . .]  Respiratory diseases are a major public health priority given they have a significant health impact and are a leading cause of hospitalization.  For these reasons, in addition to our mRNA-1345 RSV vaccine candidate, we are committed to developing a portfolio of respiratory mRNA vaccines to target the most significant viruses causing respiratory disease, including COVID-19, influenza, and human metapneumovirus.

---

[7] Press Release, Moderna, Inc., Moderna Announces mRNA-1345, An Investigational Respiratory Syncytial Virus (RSV) Vaccine, Has Met Primary Efficacy Endpoints in Phase 3 Trial in Older Adults (Jan. 17, 2023) (the "January 17, 2023 Press Release").

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

63.    Throughout the first half of 2023, Moderna continued to promote mRESVIA and its reported 83.7% efficacy rate in investor presentations, SEC filings, and public statements. The Company positioned mRESVIA as a potential blockbuster product that would contribute significantly to Moderna's future revenue growth.

64.    On January 30, 2023, Moderna issued another press release,[8] announcing that the FDA had granted it breakthrough therapy designation for its mRNA-1345 RSV vaccine candidate:

> Moderna [. . .] today announced mRNA-1345, an investigational mRNA vaccine candidate for respiratory syncytial virus (RSV), has been granted Breakthrough Therapy Designation by the [FDA] for the prevention of RSV-associated lower respiratory tract disease (RSV-LRTD) in adults aged 60 years or older. The designation was based on positive topline data from the ConquerRSV Phase 3 pivotal efficacy trial.
>
> "The FDA's Breakthrough Designation for mRNA-1345 further emphasizes the significant health impact of RSV in older adults and the high unmet need," said Stéphane Bancel, [the Company's CEO]. "With this designation, we look forward to productive conversations with the FDA in the hopes of bringing our RSV vaccine candidate for older adults to the market safely and quickly. Moderna's mRNA platform has now demonstrated two positive Phase 3 infectious disease trial results[,] and we continue to advance a portfolio of respiratory mRNA vaccines targeting the most serious diseases. We are grateful to the FDA for this designation."
>
> The FDA's Breakthrough Therapy Designation is granted to expedite the development and review of drugs that are intended to treat a serious condition, and when preliminary clinical evidence indicates the drug or vaccine may demonstrate substantial improvement over available therapy on a clinically significant endpoint(s).

65.    On February 23, 2023, Moderna issued a press release announcing its fourth quarter and full year 2022 financial results.[9] The February 23, 2023 Press Release quoted defendant Bancel, stating:

---

[8] Press Release, Moderna, Inc., Moderna Granted FDA Breakthrough Therapy Designation for mRNA-1345, An Investigational Respiratory Syncytial Virus (RSV) Vaccine Candidate (Jan. 30, 2023) (the "January 30, 2023 Press Release").

[9] Press Release, Moderna, Inc., Moderna Reports Fourth Quarter and Fiscal Year 2022 Financial Results and Provides Business Updates (Feb. 23, 2023) (the "February 23, 2023 Press Release") (internal emphasis omitted).

2022 was another impressive year for Moderna, with over $19 billion in revenue and significant clinical breakthroughs across our portfolio. We continue to provide our Omicron-targeting bivalent vaccines worldwide, with the latest real-world evidence highlighting the continued protection of our vaccines against hospitalization and death[. . . .]  Our infectious disease platform continues to progress with positive Phase 3 data in RSV for older adults. We are investing to scale Phase 3 manufacturing for personalized cancer vaccines so that we can run several Phase 3 studies simultaneously.  With planned R&D investments of $4.5 billion for the year, I am excited about the new medicines we believe we will bring to patients in the coming few years.

66.    The February 23, 2023 Press Release also touted the Company's "recent progress",

asserting, in relevant part:

RSV vaccine in older adults (mRNA-1345) met its primary efficacy endpoint and received Breakthrough Therapy Designation from FDA.  mRNA-1345 demonstrated vaccine efficacy of 83.7% against RSV lower respiratory tract disease, defined by 2 or more symptoms, and 82.4% with 3 or more symptoms in older adults.  mRNA-1345 was generally well-tolerated, with no safety concerns identified by the Data Safety Monitoring Board (DSMB).  Based on these results, Moderna expects to submit a Biologics License Application (BLA) for mRNA-1345 to the FDA in the first half of 2023.  The pediatric Phase 1 trial of mRNA-1345 is fully enrolled.

67.    During the related earnings call, defendant Hoge stated with respect to Moderna's

RSV vaccine:

And moving to RSV, as you know, we shared the top line results from our Phase 3 RSV study in older adults earlier this year.  And today, we shared additional data that was presented this morning at [ReSViNET Conference].  The top line results we have seen are incredibly encouraging and we are grateful to the FDA for breakthrough therapy designation for mRNA-1345, which further emphasizes the significant health impact of RSV in older adults and the high unmet need.  In the top line data presented in January, the mRNA-1345 demonstrated 83.7% vaccine efficacy and the primary endpoint of lower respiratory tract disease with two or more symptoms.  [mRNA-]1345 was found to be generally well tolerated and there were no safety concerns identified by the Data and Safety Monitoring Board.

68.    On February 24, 2023, the Company filed its 2022 full year annual report on Form

10-K with the SEC signed by defendants Bancel, Mock, Afeyan, Berenson, Horning, Langer,

Nabel, Nader, Sagan, and Tallett.[10]  The 2022 Form 10-K contained certifications pursuant to the

Sarbanes-Oxley Act of 2002 ("SOX") signed by defendants Bancel and Mock representing that

"the information contained in the [2022 Form 10-K] fairly presents, in all material respects, the

financial condition and results of operations of the Company."

69.    The  2022  Form  10-K  discussed  the  Company's  development  and

commercialization strategies, stating, in relevant part:

> We believe that the development of mRNA medicines represents a significant
> breakthrough for patients, our industry[,] and human health globally.  Our success
> in developing a highly effective vaccine against COVID-19, going from sequence
> selection, conducting clinical trials[,] and to receipt of regulatory authorization for
> emergency use, all in less than a year, and subsequently receiving BLA approval
> from the FDA, provides a visible example of the promise of mRNA medicine.  The
> Moderna COVID-19 Vaccine/Spikevax has been authorized for use or approved in
> over 70 countries.  As our first approved product, Spikevax has helped hundreds of
> millions of people worldwide combat the COVID-19 pandemic.  We believe our
> success in developing our COVID-19 vaccines has positive implications beyond
> infectious disease vaccines and across our entire pipeline.  We currently have
> 48 programs in development, and our pipeline spans infectious diseases, including
> vaccines against respiratory diseases, latent diseases[,] and public health pathogens,
> as well as four therapeutic areas: immuno-oncology, rare diseases, cardiovascular
> diseases[,] and autoimmune diseases.
>
> In order to deliver on the full scope of the mRNA opportunity and maximize long-
> term value for patients and investors, we have formulated strategic priorities that
> guide our near-term and long-term goals:
>
> 1. **Execute our commercialization plans for our COVID-19 vaccines.**  Our
> COVID-19 vaccines have been approved in more than 70 countries.  We are
> transitioning to prepare for an endemic, commercial market for COVID-19
> vaccines in the United States and other countries.  We are working to build a
> differentiated commercial model, with active commercial subsidiaries across North
> America, Europe[,] and the Asia-Pacific region, providing us with local
> commercial teams in key markets around the world.
>
> 2. **Build an unrivaled seasonal respiratory vaccine franchise.**  As we build our
> respiratory franchise, we are applying our experience and using our mRNA
> platform to develop medicines that can help prevent hospitalizations and deaths
> from the most prevalent respiratory viruses.  We are currently developing vaccines
> against COVID-19, seasonal flu[,] and RSV individually, while pursuing parallel

---

[10]  Moderna, Inc., Annual Report (Form 10-K) (Feb. 24, 2023) (the "2022 Form 10-K").

development of combination vaccines.  In January 2023, we announced that our older adult RSV vaccine candidate had met its primary efficacy endpoints in a Phase 3 trial.  Our long-term vision is to develop, and seek regulatory approval for, a convenient, annual, single-dose booster against as many respiratory viruses as possible.  mRNA vaccines have the ability to combine multiple different antigens into one vaccine.  We believe that combination vaccines have the potential to improve health outcomes at lower costs due to higher compliance, better uptake, a larger benefit to the healthcare system (including through reduced vaccine administration costs)[,] and increased consumer convenience.  We have preparations underway for multiple potential vaccine launches globally over the next several years.

70.    The 2022 Form 10-K provided a summary of mRNA-1345 and its efficacy results in older adults and pediatrics, latest data, and next steps:

> *We are developing an RSV vaccine for children and adults.  In older adults, mRNA-1345 reported positive topline Phase 3 efficacy results in January 2023; in pediatrics, mRNA-1345 is ongoing in a Phase 1 study.*

> \*      \*      \*

> mRNA-1345 encodes an engineered form of the RSV F protein stabilized in the prefusion conformation and is formulated in our proprietary LNP.  We believe that neutralizing antibodies elicited by mRNA-1345 may lead to an efficacious RSV.

> *Latest data and next steps*

> In January 2023, we announced that mRNA-1345 had met primary efficacy endpoints in the pivotal Phase 3 trial in older adults, ages 60 and older.  mRNA-1345 demonstrated vaccine efficacy (VE) of 83.7% (95.88% CI: 66.1%, 92.2%; p<0.0001) against RSV-associated lower respiratory tract disease (RSV-LRTD) as defined by two or more symptoms.  The other primary efficacy endpoint against RSV-LRTD defined by three or more symptoms was also met, with a VE of 82.4% (96.36% CI: 34.8%, 95.3%; p=0.0078).  mRNA-1345 was generally well-tolerated with no safety concerns identified by the DSMB.  The overall rate of severe (Grade 3 or greater) solicited systemic adverse reactions was 4.0% for mRNA-1345 and 2.8% for placebo.  The overall rate of Grade 3 or greater solicited local adverse reactions was 3.2% for mRNA-1345 and 1.7% for placebo.  The study is ongoing, and an updated analysis of safety and tolerability will be provided at the time of regulatory submission.

> Based on the positive topline data from the pivotal Phase 3 efficacy trial, the FDA granted mRNA-1345 Breakthrough Therapy Designation for the prevention of RSV-LRTD in adults 60 years or older.  We intend to submit mRNA-1345 to the FDA for regulatory approval for older adults in the first half of 2023.

71.    On April 11, 2023, the Company issued a press release announcing clinical and

program updates:[11]

mRNA-1345

mRNA-1345, Moderna's RSV vaccine candidate, is in an ongoing Phase 2/3, randomized, observer-blind, placebo-controlled case-driven trial (ConquerRSV) in adults aged 60 years and older.  In this study, 35,541 participants from 22 countries were randomized 1:1 to receive one dose of mRNA-1345 or placebo.

Following review by an independent Data and Safety Monitoring Board (DSMB), the primary efficacy endpoints have been met, including vaccine efficacy (VE) of 83.7% (95.88% CI: 66.1%, 92.2%; p<0.0001) against RSV-associated lower respiratory tract disease (RSV-LRTD) as defined by two or more symptoms. Vaccine efficacy was maintained in participants over 70 years of age and participants with comorbidities.  mRNA-1345 was well tolerated; solicited adverse reactions were mostly grade 1 or grade 2 in severity.  No cases of Guillain-Barr[é] Syndrome (GBS) have been reported.

mRNA-1345 has been granted Breakthrough Therapy Designation (BTD) by the FDA for the prevention of RSV-LRTD in adults aged 60 years or older.

72.    On May 4, 2023, the Company held an earnings call to discuss Moderna's first

quarter 2023 financial results.  During the call, defendant Hoge discussed the RSV vaccine:

Moving to RSV, we're pleased by the profile of our vaccine in older adults with high and consistent efficacy against RSV lower respiratory tract disease across populations in our large Phase 3 study.

***At two recent medical meetings, we've shared data showing our vaccine's efficacy was consistently high across all age groups, including in the oldest adult and in participants with preexisting comorbidities that put them at higher risk***.  mRNA-1345 has also shown a favorable tolerability profile with AEs mostly grade 1 or grade 2, mild to moderate.  As we shared during Vaccines Day, today, we have not seen any cases of Guillain-Barré syndrome or other severe demyelinating events in the trial.

---

[11]   Press Release, Moderna, Inc., Moderna Announces Clinical and Program Updates at 4th Vaccines Day (Apr. 11, 2023) (the "April 11, 2023 Press Release").

73. In July 2023, Moderna initiated a rolling submission of a BLA to the FDA for mRESVIA. This process allowed the Company to submit completed sections of its BLA for FDA review on a rolling basis, rather than waiting until every section of the application was completed.

74. During this period, Moderna consistently reiterated the 83.7% vaccine efficacy rate in its communications with investors and the public. The Company expressed confidence in the strength of its data and the potential for mRESVIA to address a significant unmet medical need.

75. For instance, on July 5, 2023, the Company issued a press release announcing global regulatory submissions for its RSV vaccine, mRNA-1345.[12] In it, defendant Bancel stated:

> We are proud to announce these filings for the use of our RSV vaccine candidate, mRNA-1345, in the European Union, Switzerland, Australia, and the U.S. RSV is a major cause of lower respiratory tract infections in older adults and can cause a significant burden to health systems through hospitalizations and emergency care admissions[. . . .] Our mRNA platform has allowed us to move from initial clinical testing to our first international Phase 3 trial to initiation of regulatory submissions for mRNA-1345 in just two years, enabling us to tackle this pervasive public health burden with speed and clinical rigor. mRNA-1345 represents the second product coming from our mRNA platform to seek global approval, and with recent positive data in rare disease and cancer, we expect more in the future - further demonstrating the tremendous potential of mRNA to combat disease.

76. The July 5, 2023 Press Release also noted that "mRNA-1345 met primary efficacy endpoints, demonstrating vaccine efficacy of 83.7% against RSV lower respiratory tract disease in older adults in the Phase 3 pivotal efficacy trial[.]."

77. On August 3, 2023, Moderna issued a press release announcing its second quarter 2023 financial results.[13] The August 3, 2023 Press Release quoted defendant Bancel, stating:

> Second quarter sales were on target, given the seasonal nature of Covid. I am pleased with the progress our U.S. commercial team has made to get new contracts in place for fall 2023. We are on track to deliver 2023 sales between $6 billion to

---

[12] Press Release, Moderna, Inc., Moderna Announces Global Regulatory Submissions For Its Respiratory Syncytial Virus (RSV) Vaccine, MRNA-1345 (July 5, 2023) (the "July 5, 2023 Press Release").

[13] Press Release, Moderna, Inc., Moderna Reports Second Quarter 2023 Financial Results and Provides Business Updates (Aug. 3, 2023) (the "August 3, 2023 Press Release").

$8 billion, depending on Covid vaccination rates in the U.S.[. . .]  Our late-stage clinical pipeline is firing on all cylinders with four infectious disease vaccines in Phase 3, including RSV which was recently submitted to regulators for approval. Our individualized neoantigen therapy is now in Phase 3 for melanoma and our lead rare disease program for PA is in dose confirmation.  We believe that all these products should launch in 2024, 2025[,] or 2026, and we are continuing to invest in scaling Moderna to bring forward an unprecedented number of innovative mRNA medicines for patients.

78.    During the related earnings call, Bancel stated that the Company had already "started to manufacture mRNA-1345 in preparation for the launch" and that "at launch, these products will be in a prefilled syringe presentation, which combined with the strong efficacy profile will position very well our product to healthcare professionals."

79.    During the same call, defendant Hoge touted Moderna's regulatory approval for its RSV vaccine:

Moving to RSV.  As [Bancel] mentioned earlier, we are pleased to be on track for regulatory approvals in 2024.  Earlier this month, we announced a rolling submission to the FDA, and we plan to use a priority voucher to accelerate that review.  We also filed additional regulatory applications in Europe, Switzerland, Australia, and the UK.  *We're incredibly encouraged by the profile of mRNA-1345 and look forward to the expected commercial launch next year*.

80.    On September 13, 2023, the Company issued a press release announcing that the Company was expanding the field of mRNA medicine:[14]

**Expanding the Field of mRNA Medicine**

Moderna was founded and built to use nature's information molecule, mRNA, to treat and prevent disease.  The premise has always been that an mRNA-based approach to making medicine could advance at the pace of information, leveraging common science, technology, and infrastructure to create medicines addressing high unmet needs at unprecedented speed and efficiency.

Through more than a decade of investment in science, the Company has created the field of mRNA medicine.  The Company has advanced a diverse pipeline and demonstrated the potential for clinical benefit in cancer (mRNA-4157), in three different rare diseases (mRNA-3705, mRNA-3927, mRNA-3745), and multiple

---

[14] Press Release, Moderna, Inc., Moderna Expands the Field of mRNA Medicine with Positive Clinical Results Across Cancer, Rare Disease, and Infectious Disease  (Sept. 13, 2023) (the "September 13, 2023 Press Release").

infectious disease vaccines (mRNA-1273, mRNA-1345, mRNA-1010).    The Company has advanced six programs into late-stage development, including two approved or filed for approval, and three more that have completed Phase 3 enrollment.  The Company expects to double the number of programs in Phase 3 by 2025 and launch up to 15 products in five years across cancer, rare disease, and infectious disease.  Up to four of those launches could come by 2025.

81.    The September 13, 2023 Press Release restated that mRNA-1345 "met both its primary efficacy endpoints, with a vaccine efficacy (VE) of 83.7%[.]"

82.    On November 2, 2023, Moderna issued a press release announcing its third quarter 2023 financial results.[15]  In relevant part, the November 2, 2023 Press Release stated:

> ***Moderna is preparing for the marketing launch of mRNA-1345 and believes its U.S. COVID-19 market share to date demonstrates the Company's ability to compete in the commercial market.***  The Company is encouraged by early indications of strong consumer awareness and demand in the RSV market. Moderna believes that clinical data for its RSV vaccine supports a best-in-class profile and that its ready-to-use pre-filled syringes (PFS) offer another competitive differentiator over currently licensed products, which require multiple preparatory steps by pharmacists and clinicians.  Feedback from clinicians and customers in the COVID-19 market, where Moderna has a similar presentation, validates the benefits of PFS administration.  The Company's pre-launch activities at this time are largely focused on scientific exchanges and public health engagements.

83.    The November 2, 2023 Press Release repeated that mRNA-1345 "met both its primary efficacy endpoints, with a vaccine efficacy (VE) of 83.7%[.]"

84.    On December 14, 2023, the Company issued a press release regarding the New England Journal of Medicine's publication of Phase 3 clinical safety and efficacy date for mRNA-1345.[16]  The December 14, 2023 Press Release stated, in relevant part:

> RSV is a highly contagious virus that causes severe disease across the age spectrum, including older adults.  Each year in the U.S., RSV leads to approximately 60,000-160,000 hospitalizations and 6,000-10,000 deaths among older adults. Applications for mRNA-1345 have been submitted to regulators around the world.

---

[15]  Press Release, Moderna, Inc., Moderna Reports Third Quarter 2023 Financial Results and Provides Business Updates (Nov. 2, 2023) (the "November 2, 2023 Press Release").

[16]  Press Release, Moderna, Inc., Moderna Announces New England Journal of Medicine Publication of Pivotal Phase 3 Clinical Safety and Efficacy Data For MRNA-1345, The Company's Investigational Respiratory Syncytial Virus (RSV) Vaccine (Dec. 14, 2023) (the "December 14, 2023 Press Release").

Moderna is actively preparing for an expected 2024 marketing launch of mRNA-1345 and believes its U.S. COVID-19 market share to date demonstrates the Company's ability to compete in the commercial market.  If approved, mRNA-1345 would have a potential best-in-class profile and be the only ready-to-use RSV vaccine available in single-dose prefilled syringes.

85.    On February 22, 2024, the Company issued a press release announcing its fourth quarter and full year 2023 financial results.[17]  The February 22, 2024 Press Release reiterated that mRNA-1345 "met both its primary efficacy endpoints, with a vaccine efficacy (VE) of 83.7%[.]"

86.    During the related earnings call, defendant Bancel commented on the RSV vaccine, stating, in relevant part:

Moving to our RSV vaccine candidates, we are very excited about launching the RSV vaccine this year.  That will be the launch of our second product.  Our mRNA platform is delivering.  The FDA PDUFA date is May 12.  If the outcome is positive, we anticipate that ACIP will include mRNA-1345 on the agenda in late June.

\*      \*      \*

Let me now turn to our RSV vaccine profile.  We believe we have the best profile to serve patients and completing the RSV market, efficacy, safety, and ease of use.  Our clinical data shows strong vaccine efficacy.  We have a well-established safety and tolerability profile that leverages the same mRNA technology that has been delivered in over 1 billion COVID vaccines.  Additionally, we have not seen any case of Guillain-Barr[é] Syndrome or GBS in our Phase 3 trials.

87.    On February 23, 2024, the Company filed its 2023 full year annual report on Form 10-K with the SEC signed by defendants Bancel, Mock, Afeyan, Berenson, Horning, Langer, Nabel, Nader, Sagan, and Tallett.[18]  The 2023 Form 10-K contained SOX certifications signed by defendants Bancel and Mock representing that "the information contained in the [2023 Form 10-K] fairly presents, in all material respects, the financial condition and results of operations of the Company."

---

[17] Press Release, Moderna, Inc., Moderna Reports Fourth Quarter and Fiscal Year 2023 Financial Results and Provides Business Updates (Feb. 22, 2024) (the "February 22, 2024 Press Release").

[18] Moderna, Inc., Annual Report (Form 10-K) (Feb. 23, 2024) (the "2023 Form 10-K").

88.    The 2023 Form 10-K contained substantively similar descriptions of Moderna's strategy and overview of mRNA-1345 as discussed in the 2022 Form 10-K identified *supra*.

89.    The above statements identified in the January 17, 2023 Press Release; the January 30, 2023 Press Release; the February 23, 2023 Press Release and related earnings call; the 2022 Form 10-K; the April 11, 2023 Press Release; the May 4, 2023 earnings call, and the subsequent statements about mRESVIA's regulatory submission and approval process[19] were materially false and misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, the Individual Defendants failed to disclose to investors that mRESVIA was less effective than the Company had repeatedly represented and because of this the clinical and/or commercial prospects for mRNA-1345 were overstated.  As a result, the Individual Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

## THE COMPANY ISSUES FALSE AND MISLEADING PROXY STATEMENTS

90.    On March 15, 2023, Moderna filed a Schedule 14A with the SEC.[20]  Defendants Bancel, Afeyan, Berenson, Horning, Langer, Nabel, Nader, Sagan, and Tallett, solicited the 2023 Proxy Statement, which was filed pursuant to Section 14(a) of the Exchange Act.  The 2023 Proxy Statement contained material misstatements and omissions.

91.    The 2023 Proxy Statement asked Moderna stockholders to vote to, among other things:  (1) reelect defendants Berenson, Horning, and Sagan to the Board for a three year term ending as of the Company's annual meeting of stockholders in fiscal year 2026; (2) ratify the

---

[19]  These include the July 5, 2023 Press Release; the August 3, 2023 Press Release and related earnings call; the September 13, 2023 Press Release; the November 2, 2023 Press Release; the December 14, 2023 Press Release; the February 22, 2024 Press Release and related earnings call; and the 2023 Form 10-K.

[20]  Moderna, Inc., Proxy Statement (Form DEF 14A) (Mar. 15, 2023) (the "2023 Proxy Statement").

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

appointment of Ernst & Young LLP ("EY") as Moderna's independent registered public accounting firm for the fiscal year ending December 31, 2023; and (3) approve, in a non-binding advisory vote, the compensation of the Company's named executive officers, including defendants Bancel, Mock, and Hoge, commonly referred to as "say-on-pay."

92.     On March 21, 2024, Moderna filed a Schedule 14A with the SEC.[21]   Defendants Bancel, Afeyan, Berenson, Horning, Langer, Nabel, Nader, Sagan, and Tallett solicited the 2024 Proxy Statement, which was filed pursuant to Section 14(a) of the Exchange Act.  The 2024 Proxy Statement contained material misstatements and omissions.

93.     The 2024 Proxy Statement asked Moderna stockholders to vote to, among other things:  (1) reelect Langer, Nabel, and Tallett to the Board for a three year term ending as of the Company's annual meeting of stockholders in fiscal year 2027; (2) ratify the appointment of EY as Moderna's independent registered public accounting firm for the fiscal year ending December 31, 2024; and (3) approve, in a non-binding advisory vote, the compensation of the Company's named executive officers, including defendants Bancel, Mock, and Hoge, commonly referred to as "say-on-pay."

94.     Regarding the Board's role in risk oversight, the Proxy Statements included substantially similar responsibilities, stating, in relevant part:

> Our Board is responsible for overseeing risk management.  It exercises its oversight primarily through its committees.  The full Board (or the appropriate committee for risks that are under the purview of a particular committee) discusses with management our major risk exposures, their potential impact, and the steps we take to manage them.  The Board must satisfy itself that the risk management processes designed and implemented by management are adequate and functioning as intended.  When a Board committee is responsible for evaluating and overseeing the management of a particular risk, the Chair of that committee reports on it to the

---

[21]  Moderna, Inc., Proxy Statement (Form DEF 14A) (Mar. 21, 2024) (the "2024 Proxy Statement," and together with the 2023 Proxy Statement, the "Proxy Statements").

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

full Board at regular meetings so the Board can coordinate the risk oversight role among the relevant parties.

\* \* \*

**Audit Committee
Primary Risk Oversight**

- The integrity of Moderna's financial statements and related disclosures.

- Moderna's internal control over financial reporting and policies relating to risk assessment and management.

- Moderna's major financial risk exposures and steps taken to monitor and control such exposures, including overseeing treasury and tax operations.

- Policies and procedures for the receipt, retention[,] and treatment of complaints regarding accounting, internal accounting controls or auditing matters, and whistleblower complaints.

- Internal audit and compliance functions.

- Information security and technology risks, including cybersecurity and related risk management programs. [22]

95.     The Proxy Statements were materially misleading because they failed to disclose that:  (i) although Moderna claimed its officers and directors adhered to the Code of Ethics, the Individual Defendants violated the Code of Ethics; (ii) contrary to the Proxy Statements' descriptions of the Board's risk oversight responsibilities, the Board and its committees did not adequately exercise these functions and were causing or permitting Moderna to issue false and misleading statements; (iii) the Individual Defendants allowed the Insider Trading Defendants to sell stock at artificially inflated prices while in possession of material non-public information; and (iv) the Individual Defendants used "pay-for-performance" rewards when calculating executive compensation despite artificially inflating the Company's value by issuing false and misleading statements.

---

[22]  These excerpts are from the 2023 Proxy Statement.  Substantially similar statements appear in the 2024 Proxy Statement.

96.     The Proxy Statements were further materially misleading because they failed to disclose to investors, *inter alia*, that mRESVIA was less effective than the Company had repeatedly represented to investors and because of this the clinical and/or commercial prospects for mRNA-1345 were overstated.  As a result of the foregoing, the Individual Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading and lacked a reasonable basis.

### THE TRUTH BEGINS TO EMERGE, AND THE INDIVIDUAL DEFENDANTS DOUBLE DOWN ON THEIR FALSE AND MISLEADING STATEMENTS

97.     On May 31, 2024, Moderna issued a press release announcing that the FDA had approved mRESVIA for use in adults aged 60 years and older.[23]  However, this announcement also revealed a discrepancy in the reported efficacy rated, stating that the vaccine efficacy rate was 78.7%, noticeably lower than the 83.7% repeatedly reported since January 2023.

98.     On this news, the Company's stock price dropped $8.94, or 5.9%, from a closing price of $151.49 per share on May 30, 2024, to close at $142.55 per share on May 31, 2024.

99.     Despite this discrepancy, Moderna's management continued to express optimism about mRESVIA's potential in the market.  The Company moved forward with plans for commercialization and distribution of the vaccine.

100.    The May 31, 2024 Press Release statements continued to be materially false and misleading as the Individual Defendants failed to disclose to investors that as a result of mRESVIA's lower efficacy rate, the clinical and/or commercial prospects for mRNA-1345 were overstated.  As a result of the foregoing, the Individual Defendants' positive statements about the

---

[23]    Press Release, Moderna, Inc., Moderna Receives U.S. FDA Approval for RSV Vaccine mRESVIA(R) (May 31, 2024 (the "May 31, 2024 Press Release").

Company's business, operations, and prospects were materially false, misleading and lacked a reasonable basis.

101.    The reporting of the reduced efficacy rate did not go unnoticed by market analysts. For example, on May 31, 2024, *Reuters* issued an article titled "US FDA approves Moderna's RSV vaccine with lower-than-expected efficacy in its label,"[24] stating, in relevant part:

> The [FDA] approved Moderna's [], opens new tab [RSV] vaccine, the [C]ompany announced on Friday, giving it a shot at much-needed new revenue from a second product.
>
> Moderna's vaccine was approved for the prevention of RSV-associated lower respiratory tract disease in adults aged 60 or older, but with a label indicating the shot was 79% effective at preventing at least two symptoms of RSV, such as cough and fever.
>
> Moderna had filed for FDA approval in July on data from a late-stage trial that showed its vaccine was 84% effective at preventing those symptoms, and its shares were down more than 6% in afternoon trading.

### THE TRUTH IS REVEALED

102.    On June 26, 2024, the Company presented before the CDC's ACIP.  During the presentation, Moderna revealed that after 18 months, mRNA-1345 was only 49.9% effective for three or more symptoms and only 50.3% effective against two or more symptoms of lower respiratory tract disease.

103.    This revelation stood in stark contrast to the efficacy rates previously reported by the Company.  It also compared unfavorably to competing RSV vaccines developed by other pharmaceutical companies, which had reported maintaining higher efficacy rates over similar time periods.

---

[24] Reuters, US FDA approves Moderna's RSV vaccine with lower-than-expected efficacy in its label (May 31, 2024), *available at* https://www.reuters.com/business/healthcare-pharmaceuticals/us-fda-approves-modernas-rsv-vaccine-its-second-marketed-product-2024-05-31/.

104.    On this news, the Company's stock price dropped $15.15, or 11.01%, from a closing price of $137.60 per share on June 25, 2024, to close at $122.45 per share on June 26, 2024.

105.    *Reuters* again reported on the negative revelations in an article titled "Moderna says its RSV shot is 50% effective across a second season,"[25] stating, in relevant part:

> Moderna [. . .] respiratory syncytial virus (RSV) shot mRESVIA showed 50% efficacy in preventing RSV after 18 months, the drugmaker said on Wednesday.
>
> In their clinical trials, GSK's RSV vaccine Arexvy was 78% effective in preventing severe RSV over a second year and Pfizer's was 78% effective through a second RSV season.

106.    Likewise, *Bloomberg* issued a report titled "Moderna RSV Vaccine Efficacy Sinks Over Time, CDC Documents Show,"[26] commenting on the negative outcome:

> Moderna [. . .] shares sank after new data showed the efficacy of its RSV shot fell sharply in the second year and was lower than that of rival vaccines.
>
> The results could further raise doubts over the prospects for its shot, which is already third to the market.  Moderna shares fell as much as 11%, their biggest intraday decline since November.
>
> Moderna's shot dropped from 55% efficacy over the first 12 months to 36% in the second year in patients with at least three "lower respiratory" symptoms of RSV, according to documents posted Wednesday on the [CDC's] website.
>
> *                *                *
>
> Jefferies analyst Michael Yee said in a research note that Moderna's new figures were "on the lower end of expectations," while pointing out that comparisons were difficult because the companies studied their vaccines during different seasons.

---

[25]  Reuters, Moderna says its RSV shot is 50% effective across a second season (June 26, 2024), *available at* www.reuters.com/business/healthcare-pharmaceuticals/moderna-says-its-rsv-shot-is-50-effective-across-second-season-2024-06-26/.

[26]  Bloomberg, Moderna RSV Vaccine Efficacy Sinks Over Time, CDC Documents Show (June 26, 2024), *available at* https://www.bloomberg.com/news/articles/2024-06-26/moderna-rsv-vaccine-efficacy-sinks-over-time-cdc-documents-show.

## THE INSIDER TRADING DEFENDANTS SELL
## COMPANY STOCK AT ARTIFICIALLY INFLATED PRICES

107.    During the period of wrongdoing described above, Moderna insiders sold Company stock at artificially inflated prices while in possession of material non-public Company information.

108.    The Insider Trading Defendants sold Company stock while it was trading at artificially inflated prices due to the false and misleading statements alleged herein and while they were in possession of material non-public Company information:

- Between January 18, 2023 and June 18, 2024, Afeyan sold 797,832 shares for proceeds of over $103 million.

- Between January 18, 2023 and February 16, 2024, Bancel sold 1,893,506 shares for proceeds of over $276 million.

- Between February 10, 2023 and June 17, 2024, Hoge sold 217,122 shares for proceeds of over $23 million.

- Between October 6, 2023 and June 3, 2024, Mock sold 6,504 shares for proceeds of over $739 thousand.

109.    Together, the Insider Trading Defendants sold 2,914,964 shares of Moderna stock for proceeds of over $404.4 million.

110.    While many of the Company's stockholders lost significant money with the share price dropping substantially, many of the Insider Trading Defendants sold their shares at artificially high prices and avoided the staggering losses suffered by stockholders.

111.    As a result, the Insider Trading Defendants benefitted from the artificial inflation of the price of the Company's stock and the resulting increase in the value of Moderna stock and stock options they held.

## AN INVESTOR FILES A SECURITIES CLASS ACTION

112.    On August 9, 2024, a purported purchaser of Company stock filed a securities class action complaint, captioned *Wentz v. Moderna, Inc. et al.*, Case No. 1:24-cv-12058 in the United States District Court for the District of Massachusetts against Moderna and defendants Bancel, Mock, and Hoge (the "Securities Class Action").  The *Wentz* Complaint alleges that throughout the class period of January 18, 2023 to June 25, 2024, both dates inclusive, defendants made materially false and/or misleading statements, failing to disclose material adverse facts about the Company's business, operations, and prospects.

## MODERNA REPURCHASES SHARES DURING THE RELEVANT PERIOD

113.    During the Relevant Period, the Individual Defendants caused the Company to repurchase its common stock at artificially inflated prices.  In total during the Relevant Period, the Company spent approximately $1.15 billion to repurchase 8,048,761 shares at artificially inflated prices.  The actual value of the Company's stock was $122.45 per share, as of closing on June 26, 2024, therefore, Moderna should have spent approximately $986 million to repurchase its stock during the Relevant Period.  As a result of the overpayment, Moderna suffered damages in the amount of approximately $166 million.

114.    The following chart details the Company's repurchase transactions during the Relevant Period:

| Repurchase Period | Number of Shares | Repurchase Price Per Share | Repurchase Amount | Actual Value of Repurchased Shares ($122.45) | Overpayment |
|---|---|---|---|---|---|
| Mar-23 | 3,618,461 | $    145.31 | $ 525,798,567.91 | $    443,080,549.45 | $ 82,718,018.46 |

| Repurchase Period | Number of Shares | Repurchase Price Per Share | Repurchase Amount | Actual Value of Repurchased Shares ($122.45) | Overpayment |
|---|---|---|---|---|---|
| Apr-23 | 2,702,957 | $    146.71 | $  396,550,821.47 | $    330,977,084.65 | $ 65,573,736.82 |
| May-23 | 1,727,343 | $    132.90 | $  229,563,884.70 | $    211,513,150.35 | $ 18,050,734.35 |
| **Total** | **8,048,761** | | **$1,151,913,274.08** | **$ 985,570,784.45** | **$166,342,489.63** |

## THE INDIVIDUAL DEFENDANTS' MISCONDUCT
## DIRECTLY AND PROXIMATELY CAUSES DAMAGES TO MODERNA

115.    As a result of the Individual Defendants' improprieties, Moderna disseminated improper public statements concerning Moderna's operations, prospects, and internal controls. This misconduct has devastated Moderna's credibility.

116.    As a direct and proximate result of the Individual Defendants' actions, Moderna has expended, and will continue to expend, significant sums of money defending and paying any settlement in the Securities Class Action.

117.    As a direct and proximate result of the Individual Defendants' actions as alleged above, Moderna's market capitalization has been substantially damaged, losing millions of dollars in value because of the conduct described herein.

118.    Lastly, the actions of the Individual Defendants have irreparably damaged Moderna's corporate image and goodwill.  For at least the foreseeable future, Moderna will suffer from what is known as the "liar's discount," a term applied to the stocks of companies that have been implicated in illegal behavior and have misled the investing public, such that Moderna's ability to raise equity capital or debt on favorable terms in the future is now impaired.

## CONSPIRACY, AIDING AND ABETTING, AND CONCERTED ACTION

119.    In committing the wrongful acts alleged herein, the Individual Defendants have pursued, or joined in the pursuit of, a common course of conduct, and have acted in concert with and conspired with one another in furtherance of their wrongdoing.  The Individual Defendants caused the Company to conceal the true facts as alleged herein.  The Individual Defendants further aided and abetted and/or assisted each other in breaching their respective duties.

120.    The purpose and effect of the conspiracy, common enterprise, and/or common course of conduct were, among other things, to (i) facilitate and disguise the Individual Defendants' violations of law, including breaches of fiduciary duty and unjust enrichment; (ii) conceal adverse information concerning the Company's operations, financial condition, future business prospects, and internal controls; and (iii) artificially inflate the Company's stock price.

121.    The Individual Defendants accomplished their conspiracy, common enterprise, and/or common course of conduct by causing the Company purposefully, recklessly, or with gross negligence to engage in improper accounting methods, conceal material facts, fail to correct such misrepresentations, and violate applicable laws.  In furtherance of this plan, conspiracy, and course of conduct, the Individual Defendants collectively and individually took the actions set forth herein.  The Individual Defendants described herein were direct, necessary, and substantial participants in the common enterprise, and/or common course of conduct complained here because the action described herein occurred under the authority and approval of the Board.

122.    Each of the Individual Defendants aided, abetted, and rendered substantial assistance in the wrongs complained of herein.  In taking such actions to substantially assist the commission of the wrongdoing complained of herein, each of the Individual Defendants acted with actual or constructive knowledge of the primary wrongdoing, either took direct part in or

substantially assisted the accomplishment of that wrongdoing and was or should have been aware of his or her overall contribution to and furtherance of the wrongdoing.

123.    At all times relevant hereto, each of the Individual Defendants was the agent of each of the other Individual Defendants and Moderna and was at all times acting within the course and scope of such agency.

### PLAINTIFF HAS BEEN A STOCKHOLDER SINCE THE ALLEGED WRONGDOING AND WILL FAIRLY AND ADEQUATELY REPRESENT THE COMPANY'S AND ITS STOCKHOLDERS' INTERESTS

124.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

125.    Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress the Individual Defendants' misconduct.

126.    Plaintiff is an owner of Moderna common stock and has been an owner of Moderna common stock since the wrongdoing alleged herein.

127.    Plaintiff has hired counsel experienced in conducting derivative litigation and will adequately and fairly represent the interests of the Company and its stockholders in enforcing and prosecuting the Company's rights.

### DEMAND IS FUTILE

128.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

129.    As a result of the facts set forth herein, Plaintiff has not made any demand on the Moderna Board to institute this action against the Individual Defendants.  Such a demand would be a futile and useless act because the Board is incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

130.    At the time Plaintiff commenced this action, the Board consisted of nine directors, including Director Defendants Afeyan, Bancel, Horning, Nabel, Nader, Sagan, and Tallett and relevant non-parties Hussain and Rubenstein.  The Director Defendants are incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

**A.      Demand Is Futile Because Each Member of the Board Faces a Substantial Likelihood of Personal Liability**

131.    The Director Defendants all face a substantial likelihood of liability for their individual misconduct.  The Director Defendants were directors throughout the time of the false and misleading statements and, as such, had a fiduciary duty to ensure the accuracy of the Company's SEC filings, press releases, and other public statements and presentations concerning Moderna's business, operations, prospects, internal controls, and financial statements.

132.    Moreover, the Director Defendants owed and owe a duty to, in good faith and with due diligence, exercise reasonable inquiry, oversight, and supervision to ensure that the Company's internal controls were sufficiently robust and effective and were being implemented effectively, and to ensure that the Board's duties were being discharged in good faith and with the required diligence and due care.  Instead, they knowingly and consciously reviewed, authorized, and/or caused the publication of the materially false and misleading statements discussed above that caused the Company's stock to trade at artificially inflated prices.

133.    The Director Defendants also approved the Proxy Statements and, therefore, face a substantial likelihood of personal liability because of the false and misleading statements contained therein.

134.    The Director Defendants face a substantial likelihood of personal liability because of their conscious and knowing authorization of false and misleading statements, their failure to timely correct such statements, their failure to take necessary and appropriate steps to ensure that

the Company's internal controls were sufficiently robust and effective and were being implemented effectively, and their failure to take necessary and appropriate steps to ensure that the Board's duties were being discharged in good faith and with the required diligence constitute breaches of the fiduciary duties of loyalty and good faith, for which the Director Defendants face a substantial likelihood of liability.

135. If the Director Defendants were to bring a suit on behalf of Moderna to recover damages sustained as a result of this misconduct, they would expose themselves to significant liability. For this reason, it would be futile for Plaintiff to make a demand on the Board.

**B.    The Audit Committee Defendants
Face a Greater Likelihood of Personal Liability**

136. The Audit Committee Defendants (Sagan and Tallett), as members of the Audit Committee during the Relevant Period, participated in and knowingly approved the filing of false financial statements. More specifically, as members of the Audit Committee, the Audit Committee Defendants were obligated to review the Company's annual and quarterly reports to ensure their accuracy. Instead, the Audit Committee Defendants, as members of the Audit Committee, failed to ensure the integrity of the Company's financial statements and financial reporting process and its systems of internal accounting and financial controls and other financial information provided by the Company, as required by the Audit Committee Charter. For this reason, the Audit Committee Defendants cannot exercise disinterested business judgment in considering a demand.

**C.    The Product Development Committee Defendants
Face a Greater Likelihood of Personal Liability**

137. The Product Development Committee Defendants (Horning, Nabel, and Nader), as members of the Product Development Committee during the Relevant Period, were obligated to, among other things, to review, evaluate, and advise the Board regarding the quality of operation capabilities to include systems to monitor and control the quality and safety of the Company's

products and product candidates at all stages of the product life cycle. The Product Development Committee Defendants were obligated but failed to accurately review and assess the effectiveness of mRESVIA and provide investors with accurate clinical trial results at all relevant times. For this reason, the Product Development Committee Defendants cannot exercise disinterested business judgment in considering a demand.

### D.    The S&T Committee Defendants Face a Greater Likelihood of Personal Liability

138.    The S&T Committee Defendants (Horning, Nabel, and Nader), as members of the S&T Committee during the Relevant Period, were required to review, evaluate, and advise the Board regarding, among other things, advances in mRNA science, including those related to mRNA chemistry, sequence engineering, and targeting elements and manufacturing science and related investments, including Moderna's mRNA manufacturing process. The S&T Committee Defendants failed in their role as they failed to abide by the obligations imposed by the S&T Charter. For this reason, the S&T Committee Defendants cannot exercise disinterested business judgment in considering a demand.

### E.    The Insider Trading Defendants on the Board Face a Greater Likelihood of Personal Liability

139.    Because of their positions as officers and/or Board members, the Insider Trading Defendants on the Board (Afeyan and Bancel) possessed material non-public information that mRESVIA was less effective than the Company had repeatedly represented to investors and because of this, the clinical and/or commercial prospects for mRNA-1345 were overstated.

140.    The Insider Trading Defendants unlawfully misused this information and unjustly enriched themselves by selling their shares at artificially inflated prices. As a result, the Insider Trading Defendants' conduct harmed Moderna as the Insider Trading Defendants unjustly enriched themselves at the Company's expense. Accordingly, because this action asserts claims

for unjust enrichment against the Insider Trading Defendants, and because the Insider Trading Defendants face a substantial likelihood of liability for these claims as well as for their breaches of fiduciary duty to the Company, defendants Afeyanthe are incapable of considering a demand to commence and vigorously prosecute this action.

### F.    Afeyan and Bancel Lack Independence

141.    Afeyan is not independent because he is a co-founder of the Company and has served as a member of the Board since 2010, sitting as Chair since 2012.

142.    Bancel lacks independence because of his position as CEO of the Company. Indeed, the Proxy Statements do not mention Bancel as independent.

143.    In addition, Bancel is a named defendant in the Securities Class Action, which asserts claims under the federal securities laws for violations Sections 10(b) and 20(a) of the Exchange Act as well as SEC Rule 10b-5 promulgated thereunder.  If the Company is found liable in the Securities Class Action for these violations of the federal securities laws, the Company's liability will be in whole or in part due to Bancel's willful and/or reckless violations of his obligations as CEO and director of Moderna.  Hence, Bancel is incapable of considering a demand to commence and vigorously prosecute this action because he faces an even greater likelihood of personal liability than the rest of the Individual Defendants.

144.    For these reasons, Afeyan and Bancel cannot exercise independent business judgment in considering a demand.

### FIRST CAUSE OF ACTION
### Against the Individual Defendants for Breach of Fiduciary Duties

145.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

146.    Each Individual Defendant owed to the Company the duty to exercise candor, good faith, and loyalty in the management and administration of Moderna's business and affairs.

147.    Each of the Individual Defendants violated and breached his or her fiduciary duties of candor, good faith, loyalty, reasonable inquiry, oversight, and supervision.

148.    The Individual Defendants' conduct set forth herein was due to their intentional or reckless breach of the fiduciary duties they owed to the Company.  The Individual Defendants intentionally or recklessly breached or disregarded their fiduciary duties to protect the rights and interests of Moderna.

149.    In breach of their fiduciary duties owed and owe to Moderna, the Individual Defendants willfully or recklessly made, or caused or permitted the Company to make, false and misleading statements and omissions of material fact that failed to disclose, *inter alia*, that mRESVIA was less effective than the Company had repeatedly represented to investors and because of this the clinical and/or commercial prospects for mRNA-1345 were overstated.

150.    Accordingly, Moderna's public statements were materially false, misleading, and lacked a reasonable basis during the Relevant Period, thereby causing the stock to trade at artificially inflated prices.

151.    The Individual Defendants failed to and caused the Company to fail to rectify any of the wrongs described herein or correct the false and misleading statements and omissions of material fact referenced herein, thereby, rendering themselves personally liable to the Company for breaching their fiduciary duties.

152.    The Individual Defendants also failed to maintain an adequate system of oversight, disclosure controls and procedures, and internal controls in breach of their fiduciary duties.

153.    The Individual Defendants had actual or constructive knowledge that the Company issued materially false and misleading statements, and they failed to correct the Company's public statements.  The Individual Defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein or acted with reckless disregard to the truth in that they failed to ascertain and disclose such facts even though such facts were available to them.  Such material misrepresentations and omissions were committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities.

154.    The Individual Defendants had actual or constructive knowledge that they had caused the Company to improperly engage in the fraudulent schemes set forth herein and to fail to maintain adequate internal controls.  The Individual Defendants had actual knowledge that the Company was engaging in the fraudulent schemes set forth herein, and that internal controls were not adequately maintained or acted with reckless disregard for the truth in that they caused the Company to improperly engage in the fraudulent schemes and to fail to maintain adequate internal controls, even though such facts were available to them.  Such improper conduct was committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities.  The Individual Defendants, in good faith, should have taken appropriate action to correct the schemes alleged herein and to prevent them from continuing to occur.

155.    These actions were not a good-faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

156.    As a direct and proximate result of the Individual Defendants' breaches of their fiduciary obligations, Moderna has sustained and continues to sustain significant damages.  As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company.

**SECOND CAUSE OF ACTION**
**Against the Individual Defendants for**
**Violations of Section 10(b) of the Exchange Act and Rule 10b-5**

157.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

158.    The Individual Defendants are liable to the Company because they violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC.

159.    The Individual Defendants did the following while acting individually and collectively:

>    a.    employed devises, schemes, and artifices to defraud;

>    b.    made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

>    c.    engaged in acts, practices, and a course of business that operated as a fraud or deceit upon the Company in connection with its purchases of Moderna common stock during the Relevant Period.

160.    As set forth above, the Individual Defendants disseminated or approved the dissemination of materially false and misleading statements while also failing to disclose material facts necessary to make the statements made not misleading under the circumstances.

161.    The Individual Defendants knew or recklessly disregarded facts showing that these statements were false and misleading because they received or had access to such information.

162.    As a result of the Individual Defendants' making these materially false and misleading statements or permitting them to be made, Moderna's common stock traded at artificially inflated prices during the Relevant Period.

163.    As discussed above, the Company spent $1,151,923,274.08 purchasing 8,048,761 shares of Moderna common stock at artificially inflated prices during the Relevant Period when it should have spent $985,570,784.45 for that number of shares.

164.    Accordingly, the Company has suffered damages because it paid artificially inflated prices for Moderna common stock.

165.    As a result of the foregoing, the Individual Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

### THIRD CAUSE OF ACTION
### Against the Securities Class Action Defendants
### for Contribution Under Sections 10(b) and 21D of the Exchange Act

166.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

167.    Moderna along with the Securities Class Action Defendants (Bancel, Mock, and Hoge) are named as defendants the Securities Class Action, which asserts claims under the federal securities laws for violations of Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder.  If the Company is found liable in the Securities Class Action for these violations of the federal securities laws, the Company's liability will be in whole or in part due to the Securities Class Action Defendants' willful and/or reckless violations of their obligations as officers and/or directors of Moderna.

168.    Because of their positions of control and authority as officers and/or directors of Moderna, the Securities Class Action Defendants were able to and did, directly and/or indirectly, exercise control over the business and corporate affairs of Moderna, including the wrongful acts complained of herein and in the Securities Class Action.

169.    Accordingly, the Securities Class Action Defendants are liable under Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), which creates an implied private right of action for

contribution, and Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(f), which governs the application of a private right of action for contribution arising out of violations of the Exchange Act.

170.    As such, Moderna is entitled to receive all appropriate contribution or indemnification from the Securities Class Action Defendants.

## FOURTH CAUSE OF ACTION
### Against the Individual Defendants for
### <u>Violations of § 14(a) of the Exchange Act and SEC Rule 14a-9</u>

171.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

172.    Rule 14a-9, promulgated pursuant to Section 14(a) of the Exchange Act, provides that no proxy statement shall contain "any statement which, at the time and in the light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading."  17 C.F.R. § 240.14a-9.

173.    The Proxy Statements violated Section 14(a) and Rule 14a-9 because they solicited Moderna stockholder votes for, *inter alia*, director reelection, while simultaneously misrepresenting and/or failing to disclose the Company's shortcomings in connection with mRESVIA's efficacy rates and relatedly the Company's clinical and commercial prospects.

174.    The Individual Defendants made untrue statements of material facts and omitted to state material facts necessary to make statements that were made not misleading in violation of Section 14(a) and Rule 14a-9.  By virtue of their positions within the Company and roles in the process and in the preparation of the Proxy Statements, the Individual Defendants were aware of this information and of their duty to disclose this information in the Proxy Statements.

175.    In the exercise of reasonable care, the Individual Defendants should have known that the statements contained in the Proxy Statements were materially false and misleading.

176.    The omissions and false and misleading statements in the Proxy Statements are material in that a reasonable stockholder would consider them important in deciding how to vote on the re-election of directors.  Indeed, a reasonable investor would view a full and accurate disclosure as significantly altering the "total mix" of information made available in the Proxy Statements and in other information reasonably available to stockholders.

177.    As a direct and proximate result of the dissemination of the false and misleading Proxy Statements that the Individual Defendants used to obtain stockholder approval of and thereby re-elect directors, Nominal Defendant Moderna suffered damage and actual economic losses (*i.e.*, wrongful re-election of directors) in an amount to be determined at trial.

**FIFTH CAUSE OF ACTION**
**<u>Against the Individual Defendants for Unjust Enrichment</u>**

178.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

179.    By their wrongful acts, violations of law, and false and misleading statements and omissions of material fact that they made or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and to the detriment of, Moderna.

180.    The Individual Defendants benefitted financially from the improper conduct, received unjustly lucrative bonuses tied to the false and misleading statements, and received bonuses, stock options, or similar compensation from Moderna that was tied to the performance or artificially inflated valuation of Moderna, or received compensation that was unjust in light of the Individual Defendants' bad faith conduct.

181.    Plaintiff, as a stockholder and representative of Moderna, seeks restitution from the Individual Defendants and seeks an order from this Court disgorging all profits—including from insider sales, benefits, and other compensation, including any performance-based or valuation-based compensation—obtained by the Individual Defendants from their wrongful conduct and breach of their fiduciary and contractual duties.

182.    Plaintiff, on behalf of Moderna, has no adequate remedy at law.

### SIXTH CAUSE OF ACTION
### Against the Individual Defendants for Waste of Corporate Assets

183.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

184.    As a further result of the foregoing, the Company will incur many millions of dollars of legal liability and/or costs to defend legal actions (evidenced, for example, by the Securities Class Action), to engage in internal investigations, and to lose financing from investors and business from future customers who no longer trust the Company and its products.

185.    As a result of the waste of corporate assets, the Individual Defendants are each liable to the Company.

186.    Plaintiff, on behalf of Moderna, has no adequate remedy at law.

### SEVENTH CAUSE OF ACTION
### Against the Individual Defendants for Aiding and Abetting

187.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

188.    Each of the Individual Defendants acted and is acting with knowledge of, or with disregard to, the fact that the Individual Defendants are in breach of their fiduciary duties to Moderna and has participated in a conspiracy in breach of fiduciary duties.

189.    In committing the wrongful acts alleged herein, each of the Individual Defendants has pursued, or joined in the pursuit of, a common course of conduct.  The Individual Defendants have acted in concert with and conspired with one another in furtherance of their common plan or design.  In addition to pursuing the wrongful conduct that gives rise to their primary liability, the Individual Defendants also aided, abetted, and assisted each other in breaching their respective duties.

190.    The Individual Defendants collectively and individually initiated and followed a course of conduct that violated the federal securities laws; authorized corporate actions to serve their own personal interests rather than the interests of the Company and its stockholders; misrepresented material facts about the Company, its financial condition, and business prospects; prevented the disclosure of material information necessary to make statements complete and accurate; and failed to implement and maintain an adequate system of internal controls and corporate governance practices.

191.    The purpose and effect of the Individual Defendants' conspiracy, common enterprise, and common course of conduct was, among other things, to disguise the Defendants' violations of law, including violations of the federal securities laws and breaches of fiduciary duty.

192.    Each of the Individual Defendants played a direct, necessary, and substantial part in the conspiracy, common enterprise, and common course of conduct complained of herein.

193.    Each of the Individual Defendants aided, abetted, and rendered substantial assistance in the wrongs complained of herein.  In taking such actions to substantially assist the commission of the wrongdoing complained of herein, the Individual Defendants acted with knowledge of the primary wrongdoing, substantially assisted the accomplishment of that wrongdoing, and were aware of their overall contributions to and furtherance of the wrongdoing.

## EIGHTH CAUSE OF ACTION
### Against the Insider Trading Defendants for
### <u>Insider Selling and Misappropriation of Information</u>

194.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

195.    At the time of their stock sales set forth herein, the Insider Trading Defendants (Afeyan, Bancel, Hoge, and Mock) knew of the information described above and sold Moderna common stock on the basis of such information.

196.    The information described above was proprietary, non-public information concerning the Company.  It was a proprietary asset belonging to the Company, which the Insider Trading Defendants used for their own benefit when they sold Moderna common stock.

197.    The Insider Trading Defendants' sales of Company common stock while in possession and control of this material adverse non-public information was a breach of their fiduciary duties of loyalty and good faith.

198.    Because the use of the Company's proprietary information for their own gain constitutes a breach of Defendants' fiduciary duties, the Company is entitled to the imposition of a constructive trust on any profits that the Insider Trading Defendants obtained thereby.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff demands judgment as follows:

A.    Declaring that Plaintiff may maintain this derivative action on behalf of Moderna and that Plaintiff is a proper and adequate representative of the Company;

B.    Awarding the amount of damages sustained by the Company as a result of the Individual Defendants' breaches of fiduciary duties and violations of the federal securities laws;

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

C.      Ordering the Insider Trading Defendants to disgorge monies obtained as a result of their sale of Moderna stock while in possession of insider information as described herein;

D.      Awarding prejudgment interest to the Company;

E.      Granting appropriate equitable relief to remedy Individual Defendants' breaches of fiduciary duties and other violations of law;

F.      Awarding to Plaintiff the costs and disbursements of the action, including reasonable attorneys' fees, accountants' and experts' fees and costs and expenses; and

G.      Granting such other and further relief as the Court deems just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated:  November 12, 2024                    Respectfully submitted,

                                                             **THE ROSEN LAW FIRM, P.A.**

                                                             */s/ Joshua Baker*
                                                             Joshua Baker (BBO #695561)
                                                             101 Greenwood Avenue, Suite 400
                                                             Jenkintown, Pennsylvania 19046
                                                             Telephone: (215) 600-2817
                                                             Fax: (212) 202-3827
                                                             Email: jbaker@rosenlegal.com

*Of Counsel*

Melissa A. Fortunato
Marion C. Passmore
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Fax: (212) 214-0506
Email: fortunato@bespc.com
         passmore@bespc.com

**VERIFICATION**

I, Andrea Bizzocchi, declare that I have reviewed the Verified Stockholder Derivative Complaint ("Complaint") prepared on behalf of Moderna, Inc., and authorize its filing.  I have reviewed the allegations made in the Complaint, and as to those allegations of which I have personal knowledge, I believe those allegations to be true.  As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and, for that reason, believe them to be true.  I further declare that I am a current holder of Moderna, Inc. stock and have continuously held Moderna, Inc. stock from the time of the wrongdoing alleged herein until the present.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4___ day of November 2024.

*Andrea Bizzocchi*
Andrea Bizzocchi (Nov 4, 2024 22:33 GMT+1)
Andrea Bizzocchi